# <u>EXHIBIT 6</u>

Page 1

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF MARYLAND

(Southern Division)

--------------------------------:

PLASTERERS' LOCAL UNION NO. 96    :

PENSION PLAN, et al.,             :

              Plaintiffs    : Civil Action No.

v.                                : PJM 06 CV 338

HAROLD PERRY, et al.,             :

              Defendants     :

--------------------------------:


Deposition of RONALD L. BEDDOW

Washington, D.C.

Thursday, August 16, 2007

2:10 p.m.


Job No.:  1-109714

Pages  1 - 44

Reported By:  Susan B. Fillmore, R.P.R.

17166c93-7bb5-4a37-a269-6d52eda59599

DEPOSITION OF RONALD L. BEDDOW
CONDUCTED ON THURSDAY, AUGUST 16, 2007

Page 11

1   appointment authority can appoint anyone.  You don't

2   have to be a contractor.  You don't have to be a

3   union member.  That typically is the case, but, you

4   know, the business manager could have appointed his

5   grandmother who had nothing to do with construction,

6   if, in fact, he wanted to.

7           So, sorry, I was answering your question.

8           Just so that I understand, how long did

9   you serve as a trustee of the Funds, in your mind?

10      A    I think no longer than five months.

11      Q    Did you attend any meetings?

12      A    Never attended a meeting.

13           MR. ROSE:  Off record.

14           (Brief comment off the record.)

15   BY MR. ROSE:

16      Q    So you were notified by Mr. Brocato at

17   some point in 1992 that he wanted you to be a

18   trustee of the Plasterers' Funds.

19      A    Not then.  I say '92; that's when I

20   rejoined the Local.

21      Q    Okay.

22      A    Now, I don't know what happened that they

DEPOSITION OF RONALD L. BEDDOW
CONDUCTED ON THURSDAY, AUGUST 16, 2007

Page 9

1    you're going to be a trustee.  That's all I know.

2        Q     Please feel free to get up and walk around

3    if you want.

4        A     No, I got a cramp.  My leg went the wrong

5    way.  Been sitting too long.

6        Q     All right.  So do you remember Mr.

7    Brocato -- and Mr. Brocato's position was what?

8    Business manager, you said?

9        A     Yes.

10       Q     Approximately what year was that?

11       A     That was ... '92.

12       Q     How is it that you recall that it was

13   1992?

14       A     Well, how I recall was that I had resigned

15   from the Local 96 and worked for the architect of

16   the Capitol.  I was working for the architect of the

17   Capitol.  And he approached me about coming back

18   into the Local and helping over -- on Saturdays,

19   with the school that they had over on 3700 Wells

20   Avenue in Mount Rainier.

21       Q     That was the apprentice program?

22       A     Yes.  And so after being there a couple

DEPOSITION OF RONALD L. BEDDOW
CONDUCTED ON THURSDAY, AUGUST 16, 2007

Page 10

1    months, he says, Hey, Ron.  I says, Yeah.  "I can't

2    get you no more money to pay you for coming here on

3    Saturdays."  I said, Okay.  And I resigned in '93.

4    About four or five months later after I went in, I

5    resigned again.  And so I -- and that's -- I don't

6    remember ever being, you know, in the International.

7        Q    When you say you resigned, you mean you

8    weren't --

9        A    I wrote a letter --

10       Q    You weren't a dues-paying member of the

11   Union anymore.

12       A    Yes.

13       Q    Okay.

14       A    I wrote a letter to the business agent,

15   telling him I was resigning from the International

16   again, the Plasterer's Local International, in the

17   International.

18            And I don't know why, but they kept my

19   name as a trustee.  And if you're not a member, how

20   can you be a trustee, I don't know about all that.

21       Q    Not that I'm here to answer this question,

22   but the answer is that the parties, the parties with

DEPOSITION OF RONALD L. BEDDOW
CONDUCTED ON THURSDAY, AUGUST 16, 2007

Page 12

1   needed another trustee.  It might have been '93 when

2   he asked me.  I'm not sure, but it wasn't ...

3        Q    Okay.  Did you ever receive -- did you

4   ever see anything in writing evidencing your

5   appointment to the Fund?

6        A    I -- no.

7             (Beddow Exhibit No. 1 marked for

8   identification and attached to transcript.)

9   BY MR. ROSE:

10        Q    Mr. Beddow, I'm showing you a document

11   that's been marked Exhibit 1.  It's a letter dated

12   March 1st, 1993, apparently to all contractors

13   employing Operative Plasterers, and it's from Lee

14   Wagner.  Do you know who Lee Wagner is?

15        A    Oh, yeah, I've met Lee Wagner.

16        Q    Okay.  You dealt with her in what

17   capacity, as a participant or as a trustee?

18        A    As I would talk to her on the phone in

19   Welfare, because she handled our Welfare.  As a

20   matter of fact, I knew Lee because I done some work

21   for her one time.

22        Q    At her house?

DEPOSITION OF RONALD L. BEDDOW
CONDUCTED ON THURSDAY, AUGUST 16, 2007

Page 18

1    occurred after the filing of this complaint.

2         A    (Witness nods head.)

3         MR. BRAMLETTE:  Mr. Beddow, you need to

4    give verbal responses so the court reporter can form

5    a record.

6         THE WITNESS:  I didn't understand what

7    you're saying.

8         MR. BRAMLETTE:  Okay.

9         THE WITNESS:  I mean, I don't understand

10   what you're saying.

11        MR. BRAMLETTE:  Sure.  Just rephrase the

12   question.

13   BY MR. ROSE:

14        Q    I'm sorry.  So the meeting that you had

15   with Mr. Perry and Ms. Wagner was in the last year

16   and a half, two years.

17        A    Yes, sir.  Yeah.

18        Q    Okay.  Were you aware that Mr. Perry --

19   I'm sorry -- that the Fund records had you listed as

20   a trustee until 1995, roughly the middle of 1995?

21        A    I'm not sure about how long it was, no.  I

22   don't know if it lasted till '95 or not.  I mean, I

DEPOSITION OF RONALD L. BEDDOW
CONDUCTED ON THURSDAY, AUGUST 16, 2007

Page 19

1    don't know if I was there till '95 or not.

2         Q    I'll show you some documents that reflect,

3    at least as far as the Fund is concerned, that you

4    were a trustee, which is why you're sitting here

5    today.

6              Allow me an asked-and-answered here, but I

7    just want to be absolutely clear.  You never

8    attended a board of trustees meeting down at

9    Mr. Perry's office.

10        A    No, sir.

11        Q    Ever.

12        A    No, never, no.

13        Q    Do you recall ever receiving any notices

14   for trustee meetings?

15        A    No, sir.

16        Q    Do you think you would recall if you had

17   received them?

18        A    Yeah.

19        Q    What about did you receive audit reports

20   from the Plan administrator?  And that's the annual

21   audit looking at the assets of the Plan.  Did you

22   ever receive anything along those lines?

DEPOSITION OF RONALD L. BEDDOW
CONDUCTED ON THURSDAY, AUGUST 16, 2007

Page 29

1    A    Yeah.  Yeah, like I say --

2    Q    And please feel free to satisfy yourself,

3    just look through, but basically they all have your

4    name up there.  Proudly sitting there as a trustee

5    on the letterhead.

6    A    Like I say, I might have gotten some of

7    these letters, and I can't recall what I would have

8    done with them if I ever got them.

9    Q    Well, these were letters that related to

10   the actual distribution of Plan assets back to the

11   employer contractors with respect to the forfeiture

12   issue we were talking about a short while ago.  Do

13   you recall ever anyone, anyone ever saying to you

14   that, money is coming out of the Plan and going back

15   to the employers?

16   A    I don't recall anyone ever saying that,

17   them telling me per se that that's what happened,

18   that's what going on.  But the only point, like I

19   told you before, the only thing I know about is what

20   I've heard, you know, in the last year about it.

21   That's all I know.

22   Q    You were a participant in the Plan,

# **EXHIBIT 7**

1

1  IN THE UNITED STATES DISTRICT COURT

2  DISTRICT OF MARYLAND

3  (Southern Division)

4

5  ORIGINAL

6  PLASTERERS' LOCAL UNION

NO. 96 PENSION PLAN, et al.    Civil Action No.

7  PJM 06 CV 338

8  Plaintiff(s),

9  v.

10  HAROLD PERRY,  et al.,

11  Defendant(s).

12

13  DEPOSITION OF SAM D. SCHOLAR, ESQUIRE

14  Washington, DC

15  Friday, September 28, 2007

16  11:00 a.m.

17

18  Job No. 1-112168

19  Pages 1-301

20  Reported by: Linda S. Kinkade, CSR, RMR, CRR

21

22


L.A.D
REPORTING &

1100 Connecticut Avenue, NW • Suite 850, Washington, D.C. 20036
Tel: 202.861.3410 • 800.292.4789 • Fax: 202.861.3425
Web: ladreporting.com • E-mail: lisa@ladreporting.com

DEPOSITION OF SAM D. SCHOLAR, ESQUIRE
CONDUCTED ON FRIDAY, SEPTEMBER 28, 2007

24

1   corporations, so I was familiar with -- it wasn't

2   completely foreign to me.

3        Q    What was your role with respect to

4   assisting Mr. Brown in those projects you've just

5   described?

6        A    None.  I just knew that they were --

7   typically Bill's way of doing business would be, hey,

8   Sam, go do such and such, and he would give me a file

9   to go read the file to get familiar with it, and then

10  see example of something and I could learn from that.

11       Q    So you drafted plans, is that --

12       A    No.

13       Q    Okay.

14       A    But when I was looking at a contract or

15  shareholder agreement, a lot of times there would be

16  stuff like that in the file.

17       Q    And you would take it out and read it for

18  your own edification?

19       A    Not the whole thing, but I would be aware

20  of it, I'd see it.  I would read correspondence about

21  it sometimes.

22       Q    When did you start working with the

DEPOSITION OF SAM D. SCHOLAR, ESQUIRE
CONDUCTED ON FRIDAY, SEPTEMBER 28, 2007

25

1   plasterers' pension funds?

2        A    I started -- what happened was, it was kind

3   of like a myth of the firm when I worked for Brown

4   Younger and Fidul -- not a myth, but part of the

5   corporate culture.

6        Bill would go to these meetings with the

7   plasterers, and a lot of times there were dinner

8   meetings at night.  And he would always want to drag

9   somebody with him.  He didn't want to go by himself.

10       Q    Why was that?

11       A    He always did that.  He liked -- he never

12  liked to go alone to things.  He liked to bring

13  someone with him.  So, invariably, I would know when

14  that meeting was and somehow Dan would be the one that

15  he would drag along.  I liked to go -- I used to have

16  a life, go work out in the gym, and I didn't want to

17  go sit around with these people and have dinner.

18  So --

19            MR. PETERSON:  I like to have an entourage,

20  too.

21            THE DEPONENT:  So, to my knowledge, Bill had

22  worked with the plasterers from time, in memoriam,

26

1   from -- Bill from the '60s, I think, he had worked in

2   Arlington, Virginia, at the time we were in McLean and

3   he had worked and had a small office and it was just

4   he and Younger.  And this was one of his first

5   clients, I think, when he got out of school.  So he

6   had been with them forever.

7        There came a time when we were still associates

8   for Bill Brown that Bill kind of backed away and Dan

9   became the new attorney going to the meetings and

10  taking minutes.  And Dan had no background in tax or

11  corporations or anything.  He graduated from

12  University of Pittsburgh with a J.D. and he was more

13  involved with labor unions with Jim Wilhoit, labor law

14  and litigation.  He went for probably about six years.

15       And then sometime around, I believe, around --

16  I would estimate around 1986 or so, it's kind of

17  murky, Dan kind of pushed it off on me.  He said he

18  was too busy and kind of told Harry that I would be

19  coming.

20  BY MR. ROSE:

21       Q   Do you have any idea as to how Dan was

22  picked to be the successor?

DEPOSITION OF SAM D. SCHOLAR, ESQUIRE
CONDUCTED ON FRIDAY, SEPTEMBER 28, 2007

27

1      A    I have no -- I suspect Bill Brown --

2           MR. KOLKER:  Objection to "suspect."  If the

3  witness knows --

4           THE DEPONENT:  I don't know --

5           MR. PETERSON:  I don't want to interfere

6  with your deposition questioning, but the prior

7  question was when did you start working for

8  plasterers'.  If that's what -- if you want an answer

9  going back and giving you all the details, that's

10 fine, but if you just want to focus on the question as

11 well.

12          MR. ROSE:  That's fine.  And I'm going to be

13 showing him some documents that's going to pinpoint,

14 at least my understanding is, but I was just

15 curious as to your recollection --

16          THE DEPONENT:  I would recollect around the

17 summer of '86.

18 BY MR. ROSE:

19      Q    Did Dan just go to the meetings with them,

20 do you think?  Is that how you think he got pulled

21 into it?

22      A    That could be.  I don't know.

DEPOSITION OF SAM D. SCHOLAR, ESQUIRE
CONDUCTED ON FRIDAY, SEPTEMBER 28, 2007

28

1      Q    But he had no experience in dealing with

2  pension --

3      A    No.

4           MR. KOLKER:   Objection to form.

5  BY MR. ROSE:

6      Q    It was your understanding he had no

7  experience at the time he started attending the

8  meetings and taking over the representation of the

9  plasterers' funds?

10     A    Yes.

11     Q    Did he ever talk with you about the fact

12 that he really didn't know what he was doing with

13 respect to employee benefits plans?

14          MR. KOLKER:   Object to the form.

15 BY MR. ROSE:

16     Q    Do you understand my question?   Sir, do you

17 understand my question?

18     A    I understand your question, yes.   I'm just

19 trying to remember.   It's been over 20 years.   I don't

20 recall.

21     Q    So at some point in the mid '80s you said,

22 I think the words were, Dan pushed this off on you?

29

1      A    Yes.

2      Q    How exactly did he do that?

3      A    He just said I'm not going anymore.  You

4  better go.  He'd say he was too busy.

5      Q    Did he introduce you or did he just send

6  you in one day by yourself?

7      A    I don't recall him introducing me.  I don't

8  recall.

9      Q    Do you recall whether there was any

10 notification to the trustees at that time as to your

11 qualifications to succeed him as counsel to the

12 plasterers' fund?

13     A    No.

14     Q    If there was such notification, do you

15 think you would recall?

16         MR. PETERSON:  Object to the form.

17         MR. KOLKER:  Object to the form.

18 BY MR. ROSE:

19     Q    Do you understand my question?

20     A    It's been over 20 years --

21     Q    Do you --

22     A    Yeah, I understand your question.  I don't

DEPOSITION OF SAM D. SCHOLAR, ESQUIRE
CONDUCTED ON FRIDAY, SEPTEMBER 28, 2007

58

1    at least in the '80s that I was aware of and in the

2    early '90s, I would think.

3         Q    Through the early '90s?

4         A    I would think.

5         Q    And after the early '90s, for the remainder

6    of your tenure, what is your best estimate as to how

7    many meetings were held a year, Board meetings?

8         A    I don't know.  I would estimate it might

9    even -- the average might have been one.  I mean,

10   there were long gaps, I recall.  I don't recall the

11   exact years or whatever, but I know that there were

12   long gaps.  And I would call Lee and say, what's

13   happening, are you still there?  And she would laugh.

14   And then she would say -- I'd say -- it would just be

15   difficult to get everybody to show up for a quorum at

16   least.

17        Q    Were you aware of how many trustees under

18   the trust agreement there were supposed to be?

19        A    I recall that there were supposed to be

20   three union representatives and three employee

21   representatives.

22        Q    And did you know how many trustees were

DEPOSITION OF SAM D. SCHOLAR, ESQUIRE
CONDUCTED ON FRIDAY, SEPTEMBER 28, 2007

112

1    outlined in your letter?  I'm not asking you to direct

2    your attention at this point.  I'll direct your

3    attention back to the exhibits when I want you to.

4         A    Okay.

5         (Record read.)

6         THE DEPONENT:  I'm not sure.  I would say,

7    no, but I'm not --

8    BY MR. ROSE:

9         Q    Is it your understanding that a

10   contributing employee to a multi-employer fund can

11   ever be a single employer with respect to their

12   participation in that multi-employer fund?

13        A    Based on my limited knowledge, I would say,

14   it is my understanding that that is not the case, that

15   they would -- that a multi-employer plan is a

16   multi-employer plan.

17        Q    So, based on that response, would it be

18   fair to say that you do not agree with Mr. Coakley's

19   assessment that Coakley and Company was a single

20   employer as outlined in paragraph 2 of your letter of

21   February 20th, 1991?

22        MR. PETERSON:  Are you talking about then or

DEPOSITION OF SAM D. SCHOLAR, ESQUIRE
CONDUCTED ON FRIDAY, SEPTEMBER 28, 2007

149

1    Q    Do you recall the trustees ever asking for

2    your advice on any fiduciary obligations that they

3    might have with respect to the investment of plan

4    assets?

5    A    No, I don't recall anyone ever asking me

6    about investment advice.

7    Q    Is that something you think you would

8    recall?

9    A    Yes.

10    Q    Same question for Mr. Perry.  Do you recall

11    Mr. Perry or Ms. Wagner ever contacting you to request

12    a legal opinion on the appropriate matter in which

13    plan assets should be invested under ERISA?

14    A    No.

15    Q    Is that something you would recall?

16    A    Yes.

17        THE DEPONENT:  Could I just have a

18    five-minute break?

19        MR. ROSE:  Of course.  Absolutely.

20    (Brief recess.)

21    (Exhibit No. 13 marked for identification and

22    retained by counsel.)

176

1     Q    As you sit here today, what do you think is

2  permissible or do you think it's permissible to return

3  plan assets to a contributing employer?

4     A    I don't feel I can make an opinion about

5  that.

6     Q    Why is that?

7     A    I don't think I've got the necessary

8  background.  I'm not an ERISA lawyer.

9     Q    If, in fact, the trustees were discussing

10 and considering whether or not they should return plan

11 assets around this time in 1994, is that something you

12 think you were consulted on?

13          MR. PETERSON:  Object to the form.

14          THE DEPONENT:  I don't know.  I might have

15 been.

16 BY MR. ROSE:

17    Q    Do you think that the trustees would have

18 returned plan assets to contributing employers without

19 having first sought your -- seeking your legal opinion

20 as to whether it's permissible?

21    A    I don't know.  A lot of things happened

22 here that I never saw.  I mean, there was a lot of

DEPOSITION OF SAM D. SCHOLAR, ESQUIRE
CONDUCTED ON FRIDAY, SEPTEMBER 28, 2007

177

1   communication between the administrator and the

2   trustees, so I don't know what they would do without

3   me.

4       Q   Directing your attention to Exhibit 18, it

5   shows you were in attendance at this Board meeting,

6   correct?

7       A   Yes, sir.

8       Q   Does that indicate to you you were in

9   attendance at that Board meeting?

10      A   Absolutely.

11      Q   Okay.  If the trustees failed to seek your

12  legal advice as to whether or not it was permissible

13  to return plan assets to contributing employers, do

14  you think that would have been prudent?

15          MR. PETERSON:  Object to the form.

16          THE DEPONENT:  I'm not -- I don't have an

17  opinion about what's prudent or what's not prudent

18  under ERISA, if that's your question.  Is that your

19  question?

20          (Record read.)

21          MR. PETERSON:  Object to the form.

22  BY MR. ROSE:

DEPOSITION OF SAM D. SCHOLAR, ESQUIRE
CONDUCTED ON FRIDAY, SEPTEMBER 28, 2007

178

1       Q    Do you understand my question?

2       A    Yes.

3       Q    And your answer?

4       A    I can't make an opinion.

5       Q    Why not?

6            MR. PETERSON:  Object to the form.

7            THE DEPONENT:  Well, as an attorney, I think

8    you're asking me a legal opinion and I don't feel I

9    can make a legal opinion about that.

10   BY MR. ROSE:

11      Q    But you're an attorney, correct?

12      A    Yes.

13      Q    And you're an attorney who represented a

14   qualified ERISA plan for over 20 years, correct?

15      A    Yes.

16      Q    And sitting here today you say you can't

17   even provide any opinion on the question that's been

18   posed?

19      A    I have not been involved at all in this

20   area of practice for at least two years.

21      Q    I'm talking about events that occurred when

22   you were fund counsel.

195

1 A Yes.

2 Q Did you prepare these minutes?

3 A Yes.

4 Q Directing your attention to No. 2, it says,

5 the trustees unanimously adopted a resolution to

6 authorize investing the funds in staggered one- and

7 two-year Treasury Bills as well as federally insured

8 certificates of deposit.

9 Do you see that?

10 A Yes.

11 Q Do you remember the trustees ever asking

12 for your legal advice as to whether or not that was an

13 appropriate investment strategy?

14 A I was never asked for legal advice about

15 investment strategies, so I would have remembered if

16 they ever did ask me.

17 Q Do you have any idea as to whether or not

18 that investment strategy outlined in No. 2 of these

19 minutes was an appropriate investment strategy for an

20 ERISA qualified plan?

21 A No.

22 Q Directing your attention back to Exhibit

DEPOSITION OF SAM D. SCHOLAR, ESQUIRE
CONDUCTED ON FRIDAY, SEPTEMBER 28, 2007

232

1    shall ever revert to or be used by employer nor shall

2    the trust fund ever be used other than for the

3    exclusive benefit of the participants or their

4    beneficiaries and for the administrative expenses of

5    this plan.

6         Do you see that?

7         A    Yes.

8         Q    Were you familiar with this provision of

9    the plan when you were fund counsel?

10        A    I don't recall.

11        Q    Are you familiar with the anti-inurement

12   provision of ERISA?

13        A    Not specifically.

14        Q    Do you have any understanding as to what

15   the anti-inurement provision of ERISA is?

16        A    Well, generally, that you can't derive a

17   personal benefit from being a trustee of a plan.

18        Q    Generally or always?

19        A    I don't know if it's always or generally.

20   I don't know.

21        Q    Well, looking at that paragraph that we

22   just reviewed, as fund counsel for almost 20 years of

# <u>EXHIBIT 8</u>

**Form 5500**
Department of the Treasury
Internal Revenue Service
Department of Labor
Pension and Welfare Benefits Administration
Pension Benefit Guaranty Corporation

## Annual Return/Report of Employee Benefit Plan
### (With 100 or more participants)
This form is required to be filed under sections 104 and 4065 of the Employee Retirement Income Security Act of 1974 and sections 6039D, 6047(e), 6057(b), and 6058(a) of the Internal Revenue Code, referred to as the Code.
► See separate instructions.

OMB No. 1210-0016

**1994**

This Form Is Open to Public Inspection.

For the calendar plan year 1994 or fiscal plan year beginning _____, 1994, and ending DECEMBER, 19 94

If A(1) through A(4), B, C, and/or D, do not apply to this year's return/report, leave the boxes unmarked.

For IRS Use Only
EP-ID   OR-526148611-001-9412

A   This return/report is: (1) ☐ the first return/report filed for the plan; or (3) ☐ the final return/report filed for the plan; or
(2) ☐ an amended return/report; (4) ☐ a short plan year return/report (less than 12 months).

**IF ANY INFORMATION ON A PREPRINTED PAGE 1 IS INCORRECT, CORRECT IT. IF ANY INFORMATION IS MISSING, ADD IT. PLEASE USE RED INK WHEN MAKING THESE CHANGES AND COMPLETE THE PREPRINTED PAGE 1 WITH YOUR COMPLETED RETURN/REPORT.**

B   Check here if any information reported in 1a, 2a, 2b, or 5a changed since the last return/report for this plan . . . . . . . . . ► ☒

C   If your plan year changed since the last return/report, check here . . . . . . . . . . . . . . . . . . . . . . . ► ☐

D   If you filed for an extension of time to file this return/report, check here and attach a copy of the approved extension . . . . . ► ☐

1a   Name and address of plan sponsor (employer, if for a single-employer plan) (Address should include room or suite no.)

OPERATIVE PLASTERS LOCAL UNION NO
96 PENSION FUND BOARD OF TTEES
1411 K ST NW STE 502
WASHINGTON, DC 20005-3404

PLASTERERS

1b   Employer identification number (EIN)
52-6148611

1c   Sponsor's telephone number
(202)-347-6503

1d   Business code (see instructions, page 23)
1740

1e   CUSIP issuer number

2a   Name and address of plan administrator (if same as plan sponsor, enter "Same")

OPERATIVE PLASTERS LOCAL UNION NO
96 PENSION FUND BOARD OF TTEES
1411 K ST NW STE 502
WASHINGTON, DC 20005

PLASTERERS

2b   Administrator's EIN
52-6148611

2c   Administrator's telephone number
(202)-347-6503

3   If you are filing this page without the preprinted historical plan information and the name, address, and EIN of the plan sponsor or plan administrator has changed since the last return/report filed for this plan, enter the information from the last return/report in line 3a and/or line 3b and complete line 3c.

a   Sponsor ............................................... EIN ................. Plan number ...............
b   Administrator ........................................... EIN .................
c   If line 3a indicates a change in the sponsor's name, address, and EIN, is this a change in sponsorship only? (See line 3c on page 9 of the instructions for the definition of sponsorship.) Enter "Yes" or "No." ►

4   ENTITY CODE. (If not shown, enter the applicable code from page 9 of the instructions.) ►

4 D - MULTI-EMP-COLL-BARGAINED PLA

5a   Name of plan ►   OPERATIVE PLASTERERS LOCAL UNION
NO 96 PENSION PLAN

5b   Effective date of plan (mo., day, yr.)
04/01/58

5c   Three-digit plan number ►   001

All filers must complete 6a through 6d, as applicable.

6a   ☐ Welfare benefit plan   6b ☒ Pension benefit plan
(If the correct codes are not preprinted below, enter the applicable codes from page 9 of the instructions in the boxes.)
5 - DEF. CON. - MONEY PURCHASE

6c   Pension plan features. (If the correct codes are not preprinted below, enter the applicable pension plan feature codes from page 9 of the instructions in the boxes.)

6d   ☐ Fringe benefit plan. Attach Schedule F (Form 5500). See instructions.

**Caution:** A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established.

Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete.

Signature of employer/plan sponsor ►   Date ► 7/18/95
Type or print name of individual signing for the employer/plan sponsor                    CONTRACTOR TRUSTEE

Signature of plan administrator ►   Date ► 7-15-95
Type or print name of individual signing for the plan administrator                    UNION TRUSTEE

For Paperwork Reduction Act Notice, see page 1 of the instructions.   19-0048260   Cat. No. 13500F   Form **5500** (1994)

PerrySecond -- 09836



EXHIBIT
33

Form 5500 (1994)                                                                                                Page **2**

**6e** Check all applicable investment arrangements below (see instructions on page 10):
- (1) ☐ Master trust
- (2) ☐ 103-12 investment entity
- (3) ☐ Common/collective trust
- (4) ☐ Pooled separate account

N/A

**f** Single-employer plans enter the tax year end of the employer in which this plan year ends ▶ Month ........ Day ...... Year .....

**g** Is any part of this plan funded by an insurance contract described in Code section 412(i)? . . . . . . . ☐ Yes ☒ No

**h** If line 6g is "Yes," was the part subject to the minimum funding standards for either of the prior 2 plan years? . . ☐ Yes ☒ No

**7** Number of participants as of the end of the plan year (welfare plans complete only lines 7a(4), 7b, 7c, and 7d):

| | | | | |
|---|---|---|---|---|
| **a** Active participants: | (1) Number fully vested . . . . . . . . . . | a(1) | | 59 |
| | (2) Number partially vested . . . . . . . | a(2) | | 12 |
| | (3) Number nonvested . . . . . . . . . | a(3) | | 0 |
| | (4) Total . . . . . . . . . . . . . | a(4) | | 71 |
| **b** Retired or separated participants receiving benefits . . . . | | b | | 0 |
| **c** Retired or separated participants entitled to future benefits | | c | | 5 |
| **d** Subtotal. Add lines 7a(4), 7b, and 7c . . . . . . . . | | d | | 76 |
| **e** Deceased participants whose beneficiaries are receiving or are entitled to receive benefits . | | e | | 0 |
| **f** Total. Add lines 7d and 7e . . . . . . . . . . . | | f | | 76 |
| **g** Number of participants with account balances. (Defined benefit plans do not complete this line item.). | | g | | 76 |
| **h** Number of participants that terminated employment during the plan year with accrued benefits that were less than 100% vested . . . . . . . . . . . . . . . . | | h | | 0 |

| | | | Yes | No |
|---|---|---|---|---|
| **i** (1) Was any participant(s) separated from service with a deferred vested benefit for which a Schedule SSA (Form 5500) is required to be attached? (See instructions.) | | i(1) | | X |
| (2) If "Yes," enter the number of separated participants required to be reported ▶ | | | | |

| | | | Yes | No |
|---|---|---|---|---|
| **8a** Was this plan ever amended since its effective date? If "Yes," complete line 8b. If the amendment was adopted in this plan year, complete lines 8c through 8e. | | 8a | X | |
| **b** If line 8a is "Yes," enter the date the most recent amendment was adopted ▶ Month  1  Day  1  Year  1992 | | | | |
| **c** Did any amendment during the current plan year result in the retroactive reduction of accrued benefits for any participants? | | c | | X |
| **d** During this plan year did any amendment change the information contained in the latest summary plan descriptions or summary description of modifications available at the time of amendment? . . . . . . . . . . | | d | | X |
| **e** If line 8d is "Yes," has a summary plan description or summary description of modifications that reflects the plan amendments referred to on line 8d been both furnished to participants and filed with the Department of Labor? . . | | e | N/A | |
| **9a** Was this plan terminated during this plan year or any prior plan year? If "Yes," enter the year ▶ | | 9a | N/A | |
| **b** Were all the plan assets either distributed to participants or beneficiaries, transferred to another plan, or brought under the control of PBGC? . . . . . . . . . . . . . . . | | b | N/A | |
| **c** Was a resolution to terminate this plan adopted during this plan year or any prior plan year? . . . . . | | c | | X |
| **d** If line 9a or line 9c is "Yes," have you received a favorable determination letter from the IRS for the termination? | | d | N/A | |
| **e** If line 9d is "No," has a determination letter been requested from the IRS? . . . . . . . . . | | e | N/A | |
| **f** If line 9a or line 9c is "Yes," have participants and beneficiaries been notified of the termination or the proposed termination? | | f | N/A | |
| **g** If line 9a is "Yes" and the plan is covered by PBGC, is the plan continuing to file a PBGC Form 1 and pay premiums until the end of the plan year in which assets are distributed or brought under the control of PBGC? . . | | g | N/A | |
| **h** During this plan year, did any trust assets revert to the employer for which Code section 4980 excise tax is due? | | h | | X |
| **i** If line 9h is "Yes," enter the amount of tax paid with Form 5330 ▶ $  N/A | | | | |

| | | | Yes | No |
|---|---|---|---|---|
| **10a** In this plan year, was this plan merged or consolidated into another plan(s), or were assets or liabilities transferred to another plan(s)? If "Yes," complete lines 10b through 10e . . . . . . . . . . . ▶ | | | ☐ Yes | ☒ No |

If "Yes," identify the other plan(s)

| **b** Name of plan(s) ▶ | **c** Employer identification number(s) | **d** Plan number(s) |
|---|---|---|
| N/A | N/A | N/A |

**e** If required, has a Form 5310-A been filed? . . . . . . . . . . . N/A . . . . . . ▶ ☐ Yes ☐ No

**11** Enter the plan funding arrangement code from page 11 of the instructions  ▶  1

**12** Enter the plan benefit arrangement code from page 11 of the instructions ▶  1

| | | | Yes | No |
|---|---|---|---|---|
| **13a** Is this a plan established or maintained pursuant to one or more collective bargaining agreements? . . . | | 13a | X | |

**b** If line 13a is "Yes," enter the appropriate six-digit LM number(s) of the sponsoring labor organization(s) (see instructions):
(1)  001-922  (2)  (3)

**14** If any benefits are provided by an insurance company, insurance service, or similar organization, enter the number of Schedules A (Form 5500), Insurance Information, attached. If none, enter "-0-." ▶  -0-

PerrySecond -- 09837

F... 5500 (1994)                                                                                                     Page **3**

**Welfare Plans Do Not Complete Lines 15 Through 24. Go To Line 25.**

| | | | Yes | No |
|---|---|---|---|---|
| **15a** | If this is a defined benefit plan subject to the minimum funding standards for this plan year, is Schedule B (Form 5500) required to be attached? (If this is a defined contribution plan leave blank.) (See instructions.) | **15a** | N/A | |
| **b** | If this is a defined contribution plan (i.e., money purchase or target benefit), is it subject to the minimum funding standards? (If a waiver was granted, see instructions.) (If this is a defined benefit plan, leave blank.) | **b** | | X |
| | If "Yes," complete (1), (2), and (3) below: | | | |
| | **(1)** Amount of employer contribution required for the plan year under Code section 412 ... b(1) $ N/A | | | |
| | **(2)** Amount of contribution paid by the employer for the plan year ... b(2) $ N/A | | | |
| | Enter date of last payment by employer ▶ Month......... Day......... Year......... | | | |
| | **(3)** If (1) is greater than (2), subtract (2) from (1) and enter the funding deficiency here; otherwise, enter -0-. (If you have a funding deficiency, file Form 5330.) ... b(3) $ N/A | | | |
| **16** | Has the annual compensation of each participant taken into account under the current plan year been limited as required by section 401(a)(17)? (See instructions.) | **16** | X | |
| **17a (1)** | Did the plan distribute any annuity contracts this year? (See instructions.) | **a(1)** | | X |
| **(2)** | If (1) is "Yes," did these contracts contain a requirement that the spouse consent before any distributions under the contract are made in a form other than a qualified joint and survivor annuity? | **a(2)** | N/A | |
| **b** | Did the plan make distributions to participants or spouses in a form other than a qualified joint and survivor annuity (a life annuity if a single person) or a qualified preretirement survivor annuity (exclude deferred annuity contracts)? | **b** | X | |
| **c** | Did the plan make distributions or loans to married participants and beneficiaries without the required consent of the participant's spouse? | **c** | | X |
| **d** | Upon plan amendment or termination, do the accrued benefits of every participant include the subsidized benefits that the participant may become entitled to receive subsequent to the plan amendment or termination? | **d** | X | |
| **18** | Were distributions, if any, made in accordance with the requirements under Code sections 411(a)(11) and 417(e)? | **18** | X | |
| **19** | Have any contributions been made or benefits accrued in excess of the Code section 415 limits, as amended? | **19** | | X |
| **20** | Is the plan administrator making an election under section 412(c)(8) for an amendment adopted after the plan year? (See instructions.) | **20** | | X |
| **21** | Check if you are applying either of the following in completing lines 21a through 21o (see instructions): | | | |
| | **(i)** ☐ Reasonable, good-faith interpretation of the nondiscrimination provisions. | | | |
| | **(ii)** ☐ Substantiation guidelines. | | | |
| | If you checked box 21(ii), enter the first day of the plan year for which data is being submitted ▶ Month ....... Day ........ Year ...... | | | |
| **a** | Does the employer apply the separate line of business rules of Code section 414(r) when testing this plan for the coverage and discrimination tests of Code sections 410(b) and 401(a)(4)? | **21a** | | X |
| **b** | If line 21a is "Yes," enter the total number of separate lines of business claimed by the employer ▶ -------------- If more than one separate line of business, see instructions for additional information to attach. | | | |
| **c** | Does the employer apply the mandatory disaggregation rules under Income Tax Regulations section 1.410(b)-7(c)? If "Yes," see instructions for additional information to attach. | **c** | | X |
| **d** | In testing whether this plan satisfies the coverage and discrimination tests of Code sections 410(b) and 401(a), does the employer aggregate plans? | **d** | | X |
| **e** | Does the employer restructure the plan into component plans to satisfy the coverage and discrimination tests of Code sections 410(b) and 401(a)(4)? | **e** | | X |
| **f** | If you meet either of the following exceptions, check the applicable box to tell us which exception you meet and do NOT complete the rest of question 21: | | | |
| | **(1)** ☐ No highly compensated employee benefited under the plan at any time during the plan year. | | | |
| | **(2)** ☒ This is a collectively bargained plan that benefits only collectively bargained employees, no more than 2% of whom are professional employees. | | | |
| **g** | Did any leased employee perform services for the employer at any time during the plan year? | **g** | | X |

| | | | Number |
|---|---|---|---|
| **h** | Enter the total number of employees of the employer. Employer includes entities aggregated with the employer under Code section 414(b), (c), or (m). Include leased employees and self-employed individuals | **h** | |
| **i** | Enter the total number of employees excludable because of: (1) failure to meet requirements for minimum age and years of service; (2) collectively bargained employees; (3) nonresident aliens who receive no earned income from U.S. sources; and (4) 500 hours of service/last day rule | **i** | |
| **j** | Enter the number of nonexcludable employees. Subtract line 21i from line 21h | **j** | |
| **k** | Do 100% of the nonexcludable employees entered on line 21j benefit under the plan? ☐ Yes ☐ No If line 21k is "Yes," do NOT complete lines 21l through 21o. | | |
| **l** | Enter the number of nonexcludable employees (line 21j) who are highly compensated employees | **l** | |
| **m** | Enter the number of nonexcludable employees (line 21j) who benefit under the plan | **m** | |
| **n** | Enter the number of employees entered on line 21m who are highly compensated employees | **n** | |
| **o** | This plan satisfies the coverage requirements on the basis of (check one): | | |
| | **(1)** ☐ The average benefits test        **(2)** ☐ The ratio percentage test—Enter percentage ▶ [    ] [    ] % | | |

PerrySecond -- 09838

Form 5500 (1994)                                                                                           Page 4

|  | | Yes | No |
|---|---|---|---|
| 22a | Is it or was it ever intended that this plan qualify under Code section 401(a)? If "Yes," complete lines 22b and 22c. | X | |
| b | Enter the date of the most recent IRS determination letter. ▶ Month 2 Year 1993 | | |
| c | Is a determination letter request pending with the IRS? | | X |
| 23a | Does the plan hold any assets that have a fair market value that is not readily determinable on an established market? (If "Yes," complete line 23b) (See instructions) | | X |
| b | Were all the assets referred to in line 23a valued for the 1994 plan year by an independent third-party appraiser? | N/A | |
| c | If line 23b is "No," enter the value of the assets that were not valued by an independent third-party appraiser for the 1994 plan year. ▶ N/A | | |
| d | Enter the most recent date the assets on line 23c were valued by an independent third-party appraiser. (If more than one asset, see instructions.) ▶ Month ......... Day ......... Year N/A (If this plan does not have ESOP features leave line 23e blank and go to line 24.) | | |
| e | If dividends paid on employer securities held by the ESOP were used to make payments on ESOP loans, enter the amount of the dividends used to make the payments | 23e | N/A |
| 24 | Does the employer/sponsor listed on line 1a of this form maintain other qualified pension benefit plans? If "Yes," enter the total number of plans, including this plan ▶ | | X |
| 25a | Did any person who rendered services to the plan receive directly or indirectly $5,000 or more in compensation from the plan during the plan year (except for employees of the plan who were paid less than $1,000 in each month)? If "Yes," complete Part I of Schedule C (Form 5500). | X | |
| b | Did the plan have any trustees who must be listed in Part II of Schedule C (Form 5500)? | X | |
| c | Has there been a termination in the appointment of any person listed on line 25b below? | | X |
| d | If line 25c is "Yes," check the appropriate box(es), answer lines 25e and 25f, and complete Part III of Schedule C (Form 5500): (1) ☐ Accountant  (2) ☐ Enrolled actuary  (3) ☐ Insurance carrier  (4) ☐ Custodian  (5) ☐ Administrator  (6) ☐ Investment manager  (7) ☐ Trustee | | |
| e | Have there been any outstanding material disputes or matters of disagreement concerning the above termination? | | X |
| f | If an accountant or enrolled actuary has been terminated during the plan year, has the terminated accountant/actuary been provided a copy of the explanation required by Part III of Schedule C (Form 5500) with a notice advising them of their opportunity to submit comments on the explanation directly to the DOL? | N/A | |
| g | Enter the number of Schedules C (Form 5500) that are attached. If none, enter -0- ▶ | | |
| 26a | Is this plan exempt from the requirement to engage an independent qualified public accountant? (see instructions) | | X |
| b | If line 26a is "No," attach the accountant's opinion to this return/report and check the appropriate box. This opinion is: (1) ☒ Unqualified  (2) ☐ Qualified/disclaimer per Department of Labor Regulations 29 CFR 2520.103-8 and/or 2520.103-12(d)  (3) ☐ Qualified/disclaimer other  (4) ☐ Adverse  (5) ☐ Other (explain) _____ | | |
| c | If line 26a is "No," does the accountant's report, including the financial statements and/or notes required to be attached to this return/report disclose (1) errors or irregularities; (2) illegal acts; (3) material internal control weaknesses; (4) a loss contingency indicating that assets are impaired or a liability incurred; (5) significant real estate or other transactions in which the plan and (A) the sponsor, (B) the plan administrator, (C) the employer(s), or (D) the employee organization(s) are jointly involved; (6) that the plan has participated in any related party transactions; or (7) any unusual or infrequent events or transactions occurring subsequent to the plan year end that might significantly affect the usefulness of the financial statements in assessing the plan's present or future ability to pay benefits? | | X |
| d | If line 26c is "Yes," provide the total amount involved in such disclosure ▶ | | |
| 27 | If line 26a is "No," complete the following questions. (You may NOT use "N/A" in response to lines 27a through 27i: If line 27a, 27b, 27c, 27d, 27e, or 27f is checked "Yes," schedules of these items in the format set forth in the instructions are required to be attached to this return/report. Schedule G (Form 5500) may be used as specified in the instructions. During the plan year: | | |
| a | Did the plan have assets held for investment? | X | |
| b | Were any loans by the plan or fixed income obligations due the plan in default as of the close of the plan year or classified during the year as uncollectible? | | X |
| c | Were any leases to which the plan was a party in default or classified during the year as uncollectible? | | X |
| d | Were any plan transactions or series of transactions in excess of 5% of the current value of plan assets? | | X |
| e | Do the notes to the financial statements accompanying the accountant's opinion disclose any nonexempt transactions with parties-in-interest? | | X |
| f | Did the plan engage in any nonexempt transactions with parties-in-interest not reported on line 27e? | | X |
| g | Did the plan hold qualifying employer securities that are not publicly traded? | | X |
| h | Did the plan purchase or receive any nonpublicly traded securities that were not appraised in writing by an unrelated third party within 3 months prior to their receipt? | | X |
| i | Did any person manage plan assets who had a financial interest worth more than 10% in any party providing services to the plan or receive anything of value from any party providing services to the plan? | | X |

PerrySecond – 09839

... 5500 (1994)

| | | | Yes | No |
|---|---|---|---|---|
| 28 | Did the plan acquire individual whole life insurance contracts during the plan year? . . . . . . . . | 28 | | X |
| 29 | During the plan year: | | | |
| a | (1) Was this plan covered by a fidelity bond? If "Yes," complete lines 29a(2) and 29a(3) . . . | 29a(1) | X | |
| | (2) Enter amount of bond ▶ $     1,000,000 | | | |
| | (3) Enter the name of the surety company ▶ AETNA CASUALTY & SURETY COMPANY | | | |
| b | (1) Was there any loss to the plan, whether or not reimbursed, caused by fraud or dishonesty? . . . . | b(1) | | X |
| | (2) If line 29b(1) is "Yes," enter amount of loss ▶ $ | | | |

30a Is the plan covered under the Pension Benefit Guaranty Corporation termination insurance program?

☐ Yes    ☒☒ No    ☐ Not determined

b If line 30a is "Yes" or "Not determined," enter the employer identification number and the plan number used to identify it.

Employer identification number ▶ _____    Plan number ▶ _____

31 Current value of plan assets and liabilities at the beginning and end of the plan year. Combine the value of plan assets held in more than one trust. Allocate the value of the plan's interest in a commingled trust containing the assets of more than one plan on a line-by-line basis unless the trust meets one of the specific exceptions described in the instructions. Do not enter the value of that portion of an insurance contract that guarantees, during this plan year, to pay a specific dollar benefit at a future date. Round off amounts to the nearest dollar; any other amounts are subject to rejection. Plans with no assets at the beginning and the end of the plan year, enter -0- on line 31f.

## Assets

| | | | (a) Beginning of Year | (b) End of Year |
|---|---|---|---|---|
| a | Total noninterest-bearing cash . . . . . . . . . . . . | a | 0 | 0 |
| b | Receivables: (1) Employer contributions . . . . . . . . | b(1) | 1,609 | 5,107 |
| | (2) Participant contributions . . . . . . . . . . . | (2) | | |
| | (3) Income . . . . . . . . . . . . . . . | (3) | 2,190 | 1,413 |
| | (4) Other . . . . . . . . . . . . . . . | (4) | 117 | 0 |
| | (5) Less allowance for doubtful accounts . . . . . . | (5) | 0 | 0 |
| | (6) Total. Add lines 31b(1) through 31b(4) and subtract line 31b(5) ▶ | (6) | 3,916 | 6,520 |
| c | General investments: (1) Interest-bearing cash (including money market funds) | c(1) | 191,725 | 192,242 |
| | (2) Certificates of deposit . . . . . . . . . . . | (2) | 967,442 | 914,235 |
| | (3) U.S. Government securities . . . . . . . . . . | (3) | 0 | 0 |
| | (4) Corporate debt instruments: (A) Preferred . . . . . | (4)(A) | 0 | 0 |
| | (B) All other . . . . . . . . . . . . . . | (4)(B) | 101,800 | 72,125 |
| | (5) Corporate stocks: (A) Preferred . . . . . . . . | (5)(A) | 0 | 0 |
| | (B) Common . . . . . . . . . . . . . . | (5)(B) | 0 | 0 |
| | (6) Partnership/joint venture interests . . . . . . . | (6) | 0 | 0 |
| | (7) Real estate: (A) Income-producing . . . . . . . | (7)(A) | 0 | 0 |
| | (B) Nonincome-producing . . . . . . . . . | (7)(B) | 0 | 0 |
| | (8) Loans (other than to participants) secured by mortgages: (A) Residential | (8)(A) | 0 | 0 |
| | (B) Commercial . . . . . . . . . . . . . | (8)(B) | 0 | 0 |
| | (9) Loans to participants: (A) Mortgages . . . . . . . | (9)(A) | 0 | 0 |
| | (B) Other . . . . . . . . . . . . . . | (9)(B) | 0 | 0 |
| | (10) Other loans . . . . . . . . . . . . . . | (10) | 0 | 0 |
| | (11) Value of interest in common/collective trusts . . . . | (11) | 0 | 0 |
| | (12) Value of interest in pooled separate accounts . . . . | (12) | 0 | 0 |
| | (13) Value of interest in master trusts . . . . . . . | (13) | 0 | 0 |
| | (14) Value of interest in 103-12 investment entities . . . . | (14) | 0 | 0 |
| | (15) Value of interest in registered investment companies . . | (15) | 0 | 0 |
| | (16) Value of funds held in insurance company general account (unallocated contracts) . | (16) | 0 | 0 |
| | (17) Other . . . . . . . . . . . . . . . | (17) | 0 | 0 |
| | (18) Total. Add lines 31c(1) through 31c(17) . . . . . ▶ | (18) | 1,260,967 | 1,178,602 |
| d | Employer-related investments: (1) Employer securities . . . | d(1) | 0 | 0 |
| | (2) Employer real property  (OFFICE FURNITURE & FIXTURES) | (2) | 836 | 836 |
| e | Buildings and other property used in plan operation . . . . | e | 0 | 0 |
| f | Total assets. Add lines 31a, 31b(6), 31c(18), 31d(1), 31d(2), and 31e . . ▶ | f | 1,265,719 | 1,185,958 |

## Liabilities

| | | | | |
|---|---|---|---|---|
| g | Benefit claims payable . . . . . . . . . . . . . | g | 0 | 0 |
| h | Operating payables . . . . . . . . . . . . . . | h | 58 | 45 |
| i | Acquisition indebtedness . . . . . . . . . . . . . | i | 0 | 0 |
| j | Other liabilities . . . . . . . . . . . . . . . | j | 126,049 | 2,434 |
| k | Total liabilities. Add lines 31g through 31j . . . . . . ▶ | k | 126,107 | 2,479 |

## Net Assets

| | | | | |
|---|---|---|---|---|
| l | Subtract line 31k from line 31f . . . . . . . . . ▶ | l | 1,139,612 | 1,183,479 |

PerrySecond -- 09840

Form 5500 (1994)

**32** Plan income, expenses, and changes in net assets for the plan year. Include all income and expenses of the plan, including any trust(s) or separately maintained fund(s), and any payments/receipts to/from insurance carriers. Round off amounts to the nearest dollar; any other amounts are subject to rejection.

Page 6

## Income

| | | | | (a) Amount | (b) Total |
|---|---|---|---|---|---|
| a | Contributions: | | | | |
| (1) | Received or receivable from: | | | | |
| | (A) | Employers | a(1)(A) | 56,226 | |
| | (B) | Participants | (B) | 0 | |
| | (C) | Others | (C) | 0 | |
| (2) | Noncash contributions | | (2) | 0 | |
| (3) | Total contributions. Add lines 32a(1)(A), (B), (C) and line 32a(2) | (3) | | 56,226 |
| b | Earnings on investments: | | | | |
| (1) | Interest | | | | |
| | (A) | Interest-bearing cash (including money market funds) | b(1)(A) | 3,615 | |
| | (B) | Certificates of deposit | (B) | 28,250 | |
| | (C) | U.S. Government securities | (C) | 0 | |
| | (D) | Corporate debt instruments | (D) | 6,674 | |
| | (E) | Mortgage loans | (E) | 0 | |
| | (F) | Other loans | (F) | 0 | |
| | (G) | Other interest  (JOHN HANCOCK LIFE INS CO.) | (G) | 7,772 | |
| | (H) | Total interest. Add lines 32b(1)(A) through (G) | (H) | | 46,311 |
| (2) | Dividends: (A) Preferred stock | b(2)(A) | 0 | |
| | (B) | Common stock | (B) | 0 | |
| | (C) | Total dividends. Add lines 32b(2)(A) and (B) | (C) | | 0 |
| (3) | Rents | | (3) | | 0 |
| (4) | Net gain (loss) on sale of assets: (A) Aggregate proceeds | (4)(A) | 0 | |
| | (B) | Aggregate carrying amount (see instructions) | (B) | 0 | |
| | (C) | Subtract (B) from (A) and enter result | (C) | | 0 |
| (5) | Unrealized appreciation (depreciation) of assets | (5) | | 0 |
| (6) | Net investment gain (loss) from common/collective trusts | (6) | | (9,675) |
| (7) | Net investment gain (loss) from pooled separate accounts | (7) | | 0 |
| (8) | Net investment gain (loss) from master trusts | (8) | | 0 |
| (9) | Net investment gain (loss) from 103-12 investment entities | (9) | | 0 |
| (10) | Net investment gain (loss) from registered investment companies | (10) | | 0 |
| c | Other income | | c | | 0 |
| d | Total income. Add all amounts in column (b) and enter total | d | | 92,862 |

## Expenses

| | | | | (a) Amount | (b) Total |
|---|---|---|---|---|---|
| e | Benefit payment and payments to provide benefits: | | | | |
| (1) | Directly to participants or beneficiaries | e(1) | | |
| (2) | To insurance carriers for the provision of benefits | (2) | 35,360 | |
| (3) | Other | (3) | 0 | |
| (4) | Total payments. Add lines 32e(1) through 32e(3) | (4) | | 35,360 |
| f | Interest expense | | f | | 0 |
| g | Administrative expenses: (1) Salaries and allowances | g(1) | 0 | |
| (2) | Accounting fees | (2) | 1,750 | |
| (3) | Actuarial fees | (3) | 0 | |
| (4) | Contract administrator fees | (4) | 7,800 | |
| (5) | Investment advisory and management fees | (5) | 0 | |
| (6) | Legal fees | (6) | 1,750 | |
| (7) | Valuation/appraisal fees | (7) | 0 | |
| (8) | Trustees fees/expenses (including travel, seminars, meetings, etc.)  (INSURANCE) | (8) | 824 | |
| (9) | Other  (OFFICE SUPPLIES & EXPENSE) | (9) | 1,511 | |
| (10) | Total administrative expenses. Add lines 32g(1) through 32g(9) | (10) | | 13,635 |
| h | Total expenses. Add lines 32e(4), 32f, and 32g(10) | h | | 48,995 |
| i | Net income (loss). Subtract line 32h from line 32d | i | | 43,867 |
| j | Transfers to (from) the plan (see instructions) | j | | 0 |
| k | Net assets at beginning of year (line 31l, column (a)) | k | | 1,139,612 |
| l | Net assets at end of year (line 31l, column (b)) | l | | 1,183,479 |

**33**  Did any employer sponsoring the plan pay any of the administrative expenses of the plan that were not reported on line 32g?

| | Yes | No |
|---|---|---|
| | | X |

PerrySecond -- 09841

**SCHEDULE C**
**(Form 5500)**
Department of the Treasury
Internal Revenue Service

Department of Labor
Pension and Welfare Benefits Administration

Pension Benefit Guaranty Corporation

## Service Provider and Trustee Information

This schedule is required to be filed under section 104 of the
Employee Retirement Income Security Act of 1974.

► File as an attachment to Form 5500.
Additional Schedules C (Form 5500) may be used, if needed, to
provide additional information for Parts I, II, and/or III.

OMB No. 1210-0016

**1994**

This Form is
Open to Public
Inspection

For the calendar year 1994 or fiscal plan year beginning _____, 1994, and ending _____, 19 ___

Name of plan sponsor as shown on line 1a of Form 5500   **BOARD OF TRUSTEES**
OPERATIVE PLASTERERS LOCAL UNION NO. 96 PENSION FUND

Employer identification number
52 : 6148611

Name of plan
OPERATIVE PLASTERERS LOCAL UNION NO. 96 PENSION FUND

Three-digit
plan number ► 0:0:1

**Part I**  Service Provider Information (see instructions)

**1** Enter the total dollar amount of compensation paid by the plan to all persons receiving less than $5,000 during the plan year . . . . **1**  3,500

| 2 (a) Name | (b) Employer identification number (see instructions) | (c) Official plan position | (d) Relationship to employer, employee organization, or person known to be a party-in-interest | (e) Gross salary or allowances paid by plan | (f) Fees and commissions paid by plan | (g) Nature of service code (see instructions) |
|---|---|---|---|---|---|---|
| (1) HARRY C. PERRY, JR. | 52:1219257 | Contract administrator | NONE | NONE | 7,800 | 12 |
| (2) | | | | | | |
| (3) | | | | | | |
| (4) | | | | | | |
| (5) | | | | | | |

(rows 6–40 blank)

For Paperwork Reduction Act Notice, see page 1 of the Instructions for Form 5500.   Cat. No. 13515E   Schedule C (Form 5500) 1994

PerrySecond -- 09842

Schedule C (Form 5500) 1994                                                                    Page **2**

| **Part II**   Trustee Information | Enter the name and address of all trustees who served during the plan year. If more space is required to supply this information, attach additional Schedules C (Form 5500). |
|---|---|

| | |
|---|---|
| Name .... RONALD BEDDOW <br> Address .. ROUTE # 4, BOX 511 <br> BERKELEY SPRINGS, WV   25411 | Name ...... <br> Address ..... |
| Name .... FRANCIS B. BROCATO <br> Address .. 3702 WELLS AVENUE <br> MT RAINIER, MD   20822 | Name ...... <br> Address ..... |
| Name .... DONALD A. MOLNAR <br> Address .. 2130 WEBER DRIVE <br> DISTRICT HEIGHTS, MD   20747 | Name ...... <br> Address ..... |
| Name .... CORNELIUS J. COAKLEY <br> Address .. P.O.BOX 655 <br> MERRIFIELD, VA   22116 | Name ...... <br> Address ..... |
| Name .... JAMES S. LERTORA <br> Address .. 1701 MAYDALE DRIVE <br> SILVER SPRING, MD   20904 | Name ...... <br> Address ..... |
| Name .... EDGAR PEPPER <br> Address .. 320 WEST 24TH STREET <br> BALTIMORE, MD   21211-3290 | Name ...... <br> Address ..... |
| Name ...... <br> Address ..... | Name ...... <br> Address ..... |
| Name ...... <br> Address ..... | Name ...... <br> Address ..... |

| **Part III**   Termination Information (see instructions) | | | | |
|---|---|---|---|---|
| (a) Name | (b) EIN | (c) Position | (d) Address | (e) Telephone No. |
| (1)  Explanation: | | | | |

| (a) Name | (b) EIN | (c) Position | (d) Address | (e) Telephone No. |
|---|---|---|---|---|
| (2)  Explanation: | | | | |

| (a) Name | (b) EIN | (c) Position | (d) Address | (e) Telephone No. |
|---|---|---|---|---|
| (3)  Explanation: | | | | |

PerrySecond — 09843

**SCHEDULE G**
**(Form 5500)**

Department of the Treasury
Internal Revenue Service

Department of Labor
Pension and Welfare Benefits Administration

**Financial Schedules**

This schedule may be filed as an attachment to the Annual Return/Report Form 5500 under Section 104 of the Employee Retirement Income Security Act of 1974, referred to as ERISA.

See the instructions for Item 27 of the Form 5500.
► Attach to Form 5500.

OMB No. 1210-0016

**1994**

This Form Is Open to Public Inspection

For calendar plan year 1994 or fiscal plan year beginning _____, 1994, and ending _____, 19 ____

| Name of plan sponsor as shown on line 1a of Form 5500   BOARD OF TRUSTEES | Employer Identification number |
|---|---|
| OPERATIVE PLASTERERS LOCAL UNION NO. 96 PENSION FUND | 52 : 6148611 |

| Name of plan | Three-digit |
|---|---|
| OPERATIVE PLASTERERS LOCAL UNION NO. 96 PENSION FUND | plan number ► 0 : 0 : 1 |

**Part I**  Schedule of Assets Held for Investment Purposes—See Form 5500, Item 27a.

| (a) | (b) Identity of issue, borrower, lessor, or similar party | (c) Description of investment including maturity date, rate of interest, collateral, par or maturity value | (d) Cost | (e) Current value |
|---|---|---|---|---|
| | C & P TEL CO OF WVA (BOND) | 7.250%-DUE 2/1/13 ($20,000) | 19,800 | 17,500 |
| | C & P TEL CO OF VA (BOND) | 7.250%-DUE 6/1/12 ($20,000) | 19,775 | 17,350 |
| | CINN GAS & ELECT (BOND) | 7.375%-DUE 5/1/99 ($20,000) | 20,200 | 19,225 |
| | SOUTHERN BELL T & T (BOND) | 7.625%-DUE 3/15/13 ($20,000) | 19,775 | 18,050 |
| | | | | |
| | TOTAL CURRENT VALUE | | | 72,125 |
| | | | | |
| | | | | |
| | WASHINGTON FEDERAL SAVINGS | CD MAT 4/30/95 - 4.50% INT | 90,000 | 90,000 |
| | COLUMBIA FIRST BANK | CD MAT 1/14/95 - 3.90% INT | 90,000 | 90,000 |
| | CRESTAR BANK - DC | CD MAT 5/29/95 - 4.60% INT | 90,000 | 90,000 |
| | CRESTAR BANK - VA | CD MAT 1/2/95 - 3.10 INT | 50,000 | 53,211 |
| | HOME FEDERAL SAVINGS BANK | CD MAT 5/9/95 - 4.26% INT | 90,000 | 90,000 |
| | FIRST UNION BANK - MD | CD MAT 4/21/95 - 4.40% INT | 90,000 | 90,000 |
| | FIRST UNION BANK - DC | CD MAT 3/31/95 - 4.20% INT | 90,000 | 90,000 |
| | RIGGS NATIONAL BANK | CD MAT 4/1/95 - 3.85% INT | 90,000 | 90,000 |
| | CITIBANK | CD MAT 5/11/95 - 3.68% INT | 50,000 | 51,024 |
| | NATIONSBANK - VA | CD MAT 7/1/95 - 4.51 INT | 90,000 | 90,000 |
| | SIGNET BANK | CD MAT 4/17/95 - 3.40% INT | 90,000 | 90,000 |
| | | | | |
| | TOTAL CURRENT VALUE | | | 914,235 |

For Paperwork Reduction Act Notice, see the Instructions for Form 5500.        Cat. No. 14739A        Schedule G (Form 5500) 1994

PerrySecond — 09844

# **<u>EXHIBIT 9</u>**



PerrySecond -- 02695

FRANCIS B BROCATO TTEE
OPERATIVE PLASTERERS UNION 96
PEN FUND
DTD 10011958
1411 K ST NW SUITE 502
WASHINGTON DC 20005

FINANCIAL ADVISOR
REICH/BLAKE
RR#: CP3

**FOR QUESTIONS OR UP-TO-DATE ACCOUNT INFORMATION:**
Financial Advisor        202 624 5562
Supervisory Office       800 457 3317

Investment products provided by Banc of America Investment Services, Inc.:

| ARE NOT FDIC INSURED | MAY LOSE VALUE | ARE NOT BANK GUARANTEED |
|---|---|---|

Banc of America Investment Services, Inc. is a registered broker-dealer,
member NASD and SIPC and a nonbank subsidiary of Bank of America, N.A.

**Statement Date: 09/01/05 to 09/30/05**

# SNAPSHOT

TOTAL PORTFOLIO
## $1,391,529.18

| PORTFOLIO VALUE | This Period | Prior Period |
|---|---|---|
| Securities | $1,391,529.18 | $1,312,886.88 |
| TOTAL PORTFOLIO VALUE | $1,391,529.18 | $1,312,886.88 |

Portfolio Value
(in thousands of dollars)



A portfolio value less than $100.00 may not be displayed.

| ACCOUNT ACTIVITY | This Period | Year-To-Date |
|---|---|---|
| Net Trading | ( $74,447.19) | ( $555,362.56) |
| Net Additions and Withdrawals | $74,447.19 | $555,362.56 |
| Net Income and Expenses | $0.00 | $18,454.76 |







**LEGEND**
() Numbers in parenthesis
are debits or subtractions
NFS = National Financial
Services LLC

Page 1 of 5
050930 300 007306045

Account carried with National Financial Services LLC, Member NYSE, SIPC

Account Number: W13-673480
Account Name: OPERATING
Statement Date: 09/01/2005 to 09/30/2005

**Banc of America
Investment Services, Inc.**

PerrySecond — 02696

# SUMMARY

**ALERT:** Taxable income is determined based on information available to NFS at the time the statement was prepared, and is subject to change. Final information on taxation of interest and dividends is available on Form 1099-Div, which is mailed in January of the subsequent year.

| PORTFOLIO VALUE | This Period | Prior Period |
|---|---|---|
| Securities | | |
| Fixed Income | | |
| U.S. Treasury / Agency Securities | $1,391,529.18 | $1,312,886.88 |
| Total Securities | $1,391,529.18 | $1,312,886.88 |
| TOTAL PORTFOLIO VALUE | $1,391,529.18 | $1,312,886.88 |

| ACCOUNT ACTIVITY | This Period | Year-To-Date |
|---|---|---|
| BEGINNING BALANCE | $0.00 | |
| Trading | | |
| Securities Purchased | ( $74,447.19) | ( $2,510,362.56) |
| Redemptions | $0.00 | $1,955,000.00 |
| NET TRADING | ( $74,447.19) | ( $555,362.56) |
| Additions and Withdrawals | | |
| Other Additions and Withdrawals | $74,447.19 | $555,362.56 |
| NET ADDITIONS AND WITHDRAWALS | $74,447.19 | $555,362.56 |
| Income and Expenses | | |
| Taxable Income | | |
| U.S. Government Interest | $0.00 | $18,454.76 |
| NET TAXABLE INCOME | $0.00 | $18,454.76 |
| TOTAL INCOME | $0.00 | $18,454.76 |
| NET INCOME AND EXPENSES | $0.00 | $18,454.76 |
| ENDING BALANCE | $0.00 | |

# DETAIL

**Alert:** You have a fixed income position due to mature within the next 90 days.

## PORTFOLIO VALUE

Mutual Funds, Annuities, and other investment products are not insured by the FDIC or any other government agency, are not deposits or obligations of, or guaranteed by, Banc of America Investment Services or any affiliate, and are subject to investment risks, including possible loss of principal invested.

See last page for important information about your brokerage account and this statement.   Account carried with National Financial Services LLC, Member NYSE, SIPC

Account Number: W13-673480
Account Name: OPERATIVE

Statement Date: 09/01/2005 to 09/30/2005

**Banc of America
Investment Services, Inc.**

PerrySecond -- 02697

## TRADING

### Securities Purchased

| Settlement Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| 09/09/05 | CASH | YOU BOUGHT | UNITED STATES TREAS BILLS 0.000% 12/08/2005 DT @ 99.15625 | 75,000 | ( $74,447.19 ) |

| Net Securities Purchased | | | | | ( $74,447.19 ) |
|---|---|---|---|---|---|

| NET TRADING | | | | | ( $74,447.19 ) |
|---|---|---|---|---|---|

## ADDITIONS AND WITHDRAWALS

### Other Additions and Withdrawals

| Date | Account Type | Transaction | Description | Quantity | Amount |
|---|---|---|---|---|---|
| 09/09/05 | CASH | TRANSFER FROM ACCOUNT | AUTO MONEY MOVEMENT IR35781749 | | $74,447.19 |

| Net Other Additions and Withdrawals | | | | | $74,447.19 |
|---|---|---|---|---|---|

| NET ADDITIONS AND WITHDRAWALS | | | | | $74,447.19 |
|---|---|---|---|---|---|

## MESSAGES

Banc of America Investment Services, Inc. - 'BAI' - distributes research from its affiliate, Banc of America Securities, LLC - 'BAS'.
BAI and BAS are subsidiaries of the Bank of America Corporation. BAI will now make available third party independent research for
clients placing solicited equity trades.

Certain mutual funds offered by Columbia Management and Nations Funds underwent mergers and/or changes in September 2005. These changes
may have impacted positions in your account, including your core money market fund. If you are a shareholder impacted by these changes,
you will receive detailed notification from Columbia Management outlining these changes.

Account carried with National Financial Services LLC, Member NYSE, SIPC

**Banc of America Investment Services, Inc.**

PerrySecond — 02698

## FIXED INCOME 100.00%

For an explanation of fixed income pricing, please see the last page.  Redemption schedule(s), bond rating(s), and other information are provided where available.  If information does not appear regarding a particular investment, it is not available.  The ratings on this statement are provided by Standard & Poor's and/or Moody's to rate the quality based on the respective rating agency's assessment.

| Description | Symbol/Cusip Account Type | Quantity | Estimated Price on 09/30/05 | Estimated Current Market Value | Estimated Prior Market Value | Estimated Annual Income |
|---|---|---|---|---|---|---|
| U.S. Treasury / Agency Securities | | | | | | |
| UNITED STATES TREAS BILLS 0.000% 10/13/2005 DT MOODY'S Aaa /S&P AAA B/E CPN PMT @ MATURITY | 912795VV0 CASH | 100,000 | $99.921 | $99,921.00 | $99,618.00 | |
| UNITED STATES TREAS BILLS 0.000% 11/10/2005 DT MOODY'S Aaa /S&P AAA B/E CPN PMT @ MATURITY | 912795VZ1 CASH | 80,000 | $99.665 | $79,732.00 | $79,481.60 | |
| UNITED STATES TREAS BILLS 0.000% 12/08/2005 DT MOODY'S Aaa /S&P AAA B/E CPN PMT @ MATURITY | 912795WD9 CASH | 525,000 | $99.406 | $521,881.50 | $445,851.00 | |
| UNITED STATES TREAS BILLS 01/19/2006 MOODY'S Aaa /S&P AAA B/E CPN PMT @ MATURITY | 912795WK3 CASH | 548,000 | $98.941 | $542,196.68 | $540,525.28 | |
| UNITED STATES TREAS BILLS 0.000% 02/23/2006 DT MOODY'S Aaa /S&P AAA B/E CPN PMT @ MATURITY | 912795WQ0 CASH | 150,000 | $98.532 | $147,798.00 | $147,411.00 | |
| Total U.S. Treasury / Agency Securities | | 1,403,000 | | $1,391,529.18 | | |
| Total Fixed Income | | 1,403,000 | | $1,391,529.18 | | |
| Total Securities | | | | $1,391,529.18 | | |

### TOTAL PORTFOLIO VALUE  $1,391,529.18

### ACCOUNT ACTIVITY

Account carried with National Financial Services LLC, Member NYSE, SIPC

# **EXHIBIT 10**

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | **Actual** | | | | | | |
| 2 | | **2000** | **2001** | **2002** | **2003** | **2004** | **2005** |
| 3 | | | | | | | |
| 4 | End of Prior Year Value | $1,342,353.00 | $1,398,210.00 | $1,586,992.00 | $1,674,827.00 | $1,644,288.00 | $1,766,581.00 |
| 5 | Operating Cash Flow | | | | | | |
| 6 | Interest Income | $65,131.00 | $55,982.00 | $26,231.00 | $15,159.00 | $16,790.00 | $33,584.00 |
| 7 | Gain on Sale of Investments | | $13,857.00 | $250.00 | | | |
| 8 | Dividend Income | | | | | | |
| 9 | Contractor Contributions | $75,847.00 | $148,825.00 | $122,119.00 | $81,607.00 | $179,149.00 | $360,000.00 |
| 10 | Benefits Paid to Members | -$72,279.00 | -$17,085.00 | -$46,997.00 | -$112,896.00 | -$59,877.00 | -$10,606.00 |
| 11 | Administrative Expenses | -$12,842.00 | -$12,797.00 | -$13,768.00 | -$14,409.00 | -$13,769.00 | -$34,496.00 |
| 12 | Total | $1,398,210.00 | $1,586,992.00 | $1,674,827.00 | $1,644,288.00 | $1,766,581.00 | $2,115,063.00 |
| 13 | | | | | | | |
| 14 | **Hypothetical** | | | | | | |
| 15 | End of Prior Year Value | $1,342,353.00 | $1,349,925.53 | $1,445,582.31 | $1,421,357.84 | $1,608,762.53 | $1,836,531.48 |
| 16 | LB Aggregate | $78,057.83 | $56,966.86 | $74,230.65 | $29,208.90 | $34,829.71 | $22,313.86 |
| 17 | S & P 500 | -$61,211.30 | -$80,253.07 | -$159,809.12 | $203,893.78 | $87,436.24 | $45,178.67 |
| 18 | Contractor Contributions | $75,847.00 | $148,825.00 | $122,119.00 | $81,607.00 | $179,149.00 | $360,000.00 |
| 19 | Benefits Paid to Members | -$72,279.00 | -$17,085.00 | -$46,997.00 | -$112,896.00 | -$59,877.00 | -$10,606.00 |
| 20 | Administrative Expenses | -$12,842.00 | -$12,797.00 | -$13,768.00 | -$14,409.00 | -$13,769.00 | -$34,496.00 |
| 21 | Total | $1,349,925.53 | $1,445,582.31 | $1,421,357.84 | $1,608,762.53 | $1,836,531.48 | $2,218,922.01 |
| 22 | | | | | | | |
| 23 | | | | | | | Net Difference | -$103,859.01 |



## Comparison of Actual and Hypothetical Returns

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | **Actual** | | | | | | |
| 2 | | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 |
| 3 | | | | | | | |
| 4 | End of Prior Year Value | 1342353 | =B12 | =C12 | =D12 | =E12 | =F12 |
| 5 | Operating Cash Flow | | | | | | |
| 6 | Interest Income | 65131 | 55982 | 26231 | 15159 | 16790 | 33584 |
| 7 | Gain on Sale of Investments | | 13857 | 250 | | | |
| 8 | Dividend Income | | | | | | |
| 9 | Contractor Contributions | 75847 | 148825 | 122119 | 81607 | 179149 | 360000 |
| 10 | Benefits Paid to Members | -72279 | -17085 | -46997 | -112896 | -59877 | -10606 |
| 11 | Administrative Expenses | -12842 | -12797 | -13768 | -14409 | -13769 | -34496 |
| 12 | **Total** | =SUM(B4:B11) | =SUM(C4:C11) | =SUM(D4:D11) | =SUM(E4:E11) | =SUM(F4:F11) | =SUM(G4:G11) |
| 13 | | | | | | | |
| 14 | **Hypothetical** | | | | | | |
| 15 | End of Prior Year Value | 1342353 | =B21 | =C21 | =D21 | =E21 | =F21 |
| 16 | LB Aggregate | =(B15/2)*0.1163 | =(C15/2)*0.0844 | =(D15/2)*0.1027 | =(E15/2)*0.0411 | =(F15/2)*0.0433 | =(G15/2)*0.0243 |
| 17 | S & P 500 | =(B15/2)*-0.0912 | =(C15/2)*-0.1189 | =(D15/2)*-0.2211 | =(E15/2)*0.2869 | =(F15/2)*0.1087 | =(G15/2)*0.0492 |
| 18 | Contractor Contributions | 75847 | 148825 | 122119 | 81607 | 179149 | 360000 |
| 19 | Benefits Paid to Members | -72279 | -17085 | -46997 | -112896 | -59877 | -10606 |
| 20 | Administrative Expenses | -12842 | -12797 | -13768 | -14409 | -13769 | -34496 |
| 21 | **Total** | =SUM(B15:B20) | =SUM(C15:C20) | =SUM(D15:D20) | =SUM(E15:E20) | =SUM(F15:F20) | =SUM(G15:G20) |
| 22 | | | | | | | |
| 23 | | | | | | | Net Difference | =G12-G21 |



1596031_1.xls