IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **PLASTERERS' LOCAL UNION NO. 96 PENSION PLAN**, *et al.* | * <br> * <br> * |
| Plaintiffs | * <br> * |
| v. | *   Civil No. **PJM 06-338** |
| | * |
| **HAROLD PERRY**, *et al.*, | * <br> * |
| Defendants | * |

### ORDER

Upon consideration of Defendant Trustees' First Motion for Partial Summary Judgment [Paper No. 56], Plaintiffs' Motion for Partial Summary Judgment [Paper No. 89], Defendant Trustees' Second Motion for Partial Summary Judgment [Paper No. 90], and Defendant Perry's Motion for Partial Summary Judgment [Paper Nos. 87 & 88], it is for the reasons set forth in the accompanying Opinion this 5th day of January, 2009

**ORDERED**:

1. Defendant Trustees First Motion for Partial Summary Judgment [Paper No. 56] is **DENIED**;

2. Plaintiffs' Motion for Partial Summary Judgment [Paper No. 89] is **DENIED**;

3. Defendant Trustees' Second Motion for Partial Summary Judgment [Paper No. 90] and Defendant Perry's Motion for Partial Summary Judgment [Paper Nos. 87 & 88] are **GRANTED IN PART** and **DENIED IN PART**;

      a.      The Defendants' Motions are **GRANTED** insofar as they claim that Defendant Trustees are not liable for failure to sue themselves and prior Trustees for failure to sue themselves and prior Trustees within the statute of limitations period under ERISA;

      b.      The Defendants' Motions are **DENIED** in all other respects.

4.    Counsel shall **CONTACT** Chambers staff together by conference call within fifteen (15) days of the issuance of this Order for the purpose of holding a status conference in the case.

                                                /s/
                              **PETER J. MESSITTE**
                       **UNITED STATES DISTRICT JUDGE**