IN THE UNITED STATES DISTRICT COURT DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| PLASTERERS' LOCAL UNION NO. 96 PENSION PLAN, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> HAROLD PERRY, *et al.* <br><br> Defendants. | ) ) ) ) ) ) ) Civil Action No. PJM 06 CV 338 ) ) ) ) ) |

## DEFENDANTS COMMENTS TO PROPOSED JOINT PRETRIAL ORDER

Pursuant to Local Rule 106 (3), Defendants Perry and the Trustees hereby advise the court of the following objections by Defendants to the Joint Pretrial Order:

**A**.  The following exhibits identified by Plaintiff relate to the 1994 forfeiture allegation, which Plaintiff has agreed to abandon (See, Joint Proposed Pretrial Order (Paper 128), Section E 1).

1-19, 36 – 45, 46, 52 – 54, 56 – 58, 64 – 79

Accordingly, these exhibits should be stricken.

**B.**  The following exhibits were added by Plaintiff without consultation with Defendants and after Defendants submitted to Plaintiff Defendants' portion of the Joint Proposed Pretrial Order:

60, 61, 62 and 63.

Exhibit 63 is now described as "Charts created by Plaintiffs' expert Cairns", but no such charts have been previously produced to Defendants despite request from

2238449.1

2

Defendant Perry's counsel.  Therefore, Defendants reserve the right to assert all objections to admissibility of these documents or to preclude their use at trial.

     **C.**     Defendants object to Exhibit 47, Affidavit of Lee Wagner, as substantive evidence.

     **D.**     Defendants object to the designation of depositions by Plaintiffs, as there is only a "wholesale" designation of each deposition without particularized page and line numbers.  Defendants are unable to cross-designate under this circumstance and therefore object to the use of these depositions by Plaintiffs as substantive evidence..

     **E.**     Although Plaintiffs initially advised Defendants of Plaintiffs' damages theory in Plaintiffs' draft of the Pretrial Order, Plaintiffs eliminated such description in the final order thereby creating uncertainty as to Plaintiffs' current damages theory.  Plaintiffs did not advise Defendants of this change before fling the Joint Pretrial Order.

     Defendants reserve the right to object at trial to any of the foregoing matters.

Dated:  May 14, 2009                            Respectfully submitted,

                                                          /s/
                                    Peter R. Kolker (Bar # 00906)
                                    Zuckerman Spaeder LLP
                                    1800 M Street, N.W., Suite 1000
                                    Washington, D.C. 20036-5802
                                    (202) 778-1812
                                    pkolker@zuckerman.com

                                    *Attorney for Defendant Harry C. Perry, Jr.*

                                                          /s/
                                    John C. Hayes, Jr., Esq. (Bar # 01936)

2238449.1

                                                                                             NIXON PEABODY LLP
                                                                                             401 Ninth Street, N.W., Suite 900
          Washington, D.C.  20004-2128
          (202) 585-8000
          E-Mail:  <u>dhayes@nixonpeabody.com</u>

*Counsel for Defendants Edgar Pepper, James S. Letora, Donald A. Molnar and Roland Beddow*

2238449.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of May 2009, I served a copy of the foregoing on **DEFENDANT COMMENTS TO PROPOSED JOINT PRETRIAL ORDER** the following persons by mail and, where indicated below, electronically:

Jonathan G. Rose, Esq.
SHEPPARD MULLIN RICHTER & HAMPTON
1300 "I" Street, N.W.
11th Floor East
Washington, D.C.  20005
(202) 772-5390
E-Mail:  *jrose@sheppardmullin.com*

*Counsel for Plaintiffs*

                                                                                     /s/ Peter R. Kolker
                                                                                     Peter R. Kolker

2238449.1