**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**(Southern Division)**

|  |  |
|---|---|
| **PLASTERERS' LOCAL UNION NO. 96 PENSION PLAN,** *et al.*,  Plaintiffs,  v.  **HAROLD PERRY,** *et al.*,  Defendants. | C.A. No. PJM 06 CV 338 |

**PLAINTIFFS' SUPPLEMENT TO JOINT PRETRIAL ORDER**

Pursuant to the Pretrial Conference held on May 15, 2009, Plaintiffs, the Plasterers' Local Union No. 96 Pension Plan (the "Plan"), Cherie Pleasant and James Miller as trustees, on behalf of the Plan (collectively, the "Plaintiffs"), by and through undersigned counsel, respectfully submit Plaintiffs' Supplement to Joint Pretrial Order for the purpose of designating deposition pages which Plaintiffs intend to introduce as substantive evidence, and for the purpose of clarifying the availability of Plaintiff Cherie Pleasant at trial.

**A.     Deposition Designations**

Plaintiffs hereby advise the Court and Defendants that they may elect to introduce all or portions of the following deposition citations into evidence:

Harry Perry
1.   12:17 - 22
2.   16:16 - 22
3.   19:12 – 19
4.   19:20 – 21:6
5.   27:21 – 28:13
6.   28:7 – 13
7.   30:19 – 31:1
8.   37:17 – 40:9
9.   40:22 – 46:1

10. 58:13 – 20
11. 61:21 – 63:14
12. 64:7 – 18
13. 64:19 – 21
14. 71:5 – 75:15
15. 85:20 – 86:14
16. 119:3 – 8
17. 121:14 – 123:12
18. 132:5 – 133:13
19. 162:17 – 163:2
20: 181:6 – 13
21. 186:5 – 189:9
22. 190:12 – 191:6
23. 195:18 – 196:2
24. 197:18 – 202:10
25. 204:15 – 205:2
26. 206:18 – 210:11
27. 215:1 – 217:22
28. 233:13 – 234:21
29. 308:9 – 20
30. 314:1 – 315:21
31. 322:13 – 324:13
32. 325:5 – 327:4
33. 342:6 – 344:12
34. 344:13 – 345:5
35. 345:16 – 346:15
36. 348:21 – 350:18
37. 352:1-14
38. 372:12 – 373:11
39. 382:3 – 385:17
40. 391:6 – 393:14
41. 420:9 – 11
42. 433:9 – 436:17
43. 441:2 – 13


Donald Molnar
1. 11:16 - 12:14
2. 119:9 - 120:18
3. 120:9 – 11
4. 148:5 – 149:4
5. 149:5 – 15
6. 147:11 – 15
7. 26:3 – 20
8. 15:33 – 17:9
9. 28:10 – 17

10. 121:1 – 4
11. 18:2 – 19:6
12. 24:7 – 10
13. 24:7 – 25:9
14. 32:20 – 33:3
15. 111:19 – 112:3
16. 103:9 – 104:5
17. 118:19 – 119:5
18. 145:10 – 21
19. 141:6 – 142:8
20. 62:10 – 20
21. 67:3 – 68:15
22. 69:18 – 72:19
23. 141:16 – 18
24. 141:6 – 143:9
25. 136:12 – 21
26. 43:8 – 17
27. 123:18 – 124:8
28. 136:22 – 137:3
29. 137:4 – 8
30. 125:9 – 22
31. 144:19 – 145:9
32. 152:2 – 153:8
33. 28:13 – 17
34. 119:21 – 120:18
35. 121:1 – 4
36. 148:20 – 149:5
37. 149:5 – 15
38. 144:19 – 145:9
39. 148:5 – 149:4
40. 147:11 – 15
41. 149:5 – 15
42. 26:3 – 20
43. 144:19 – 145:9
44. 152:2 – 153:8

James Lertora
1. 20:6 - 22:22
2. 25:14 – 26:6
3. 26:11 – 14
4. 29:5 – 31:19
5. 30:8 – 31:4
6. 31:20 – 32:1
7. 32:2 – 12
8. 88:5 – 89:9
9. 95:2 – 16

10. 95:8 – 14
11. 129:4 – 20
12. 140:5 – 142:5
13. 149:4 – 6
14. 159:7 – 17
15. 168:10 – 20
16. 176:14 – 21
17. 220:6 – 20
18. 223:9 – 22
19. 229:5 – 20

Edgar Pepper
1. 27:9 – 18
2. 29:17 – 31:11
3. 32:9 – 33:17
4. 34:1 – 11
5. 34:12 – 35:5
6. 40:13 – 16
7. 43:10 – 44:4
8. 48:12 – 49:5
9. 52:17 – 53:4
10. 56:5 – 58:11
11. 82:11 – 83:4
12. 133:21 – 134:3
13. 153:14 – 154:11
14. 182:1 – 7
15. 184:8 – 17
16. 184:18 – 185:16
17. 207:10 – 208:1
18. 217:17 – 218:13
19. 224:3 – 16
20. 226:19 – 227:5
21.  239:9 – 240:19

Ronald Beddow
1. 9:6 – 10:20
2. 11:8 – 12
3. 11:16 - 12:2
4. 19:6 – 12
5. 29:9 – 21

Sam Scholar
1. 24:22 - 27:17
2. 24:22 – 29:13
3. 58:5 – 16
4. 112:9 – 16

5. 149:1 – 9
6. 176:1 – 178:15
7. 195:11 – 16
8. 232:11 – 13

Keith Hickman
1. 17:6 – 13
2. 166:14 – 167:5

Fred Taylor
1. 74:7 – 16
2. 76:12 – 77:2
3. 106:12 – 146:25
4. 114:15 – 115:12
5. 130:15 – 131:18
6. 133:20 – 24

**B.    Availability of Plaintiff Cherie Pleasant**

Plaintiffs hereby advise the Court and Defendants that Plaintiff Cherie Pleasant will return from California on July 1, and, therefore, will be available to testify on the third day of trial, Thursday, July 2, 2009. Accordingly, no deposition of Ms. Pleasant will be required. Ms. Pleasant's testimony on direct examination is estimated to take approximately 20 minutes.

Respectfully submitted,

Dated: May 20, 2009                              /s/
Jonathan G. Rose (Bar No. 15138)
Richard S. Siegel (Bar No. 17318)
Sheppard Mullin Richter & Hampton LLP
1300 I Street, NW, 11th Floor East
Washington, DC 20005
Telephone: (202) 218-0000
Facsimile: (202) 218-0020
jrose@sheppardmullin.com
rsiegel@sheppardmullin.com
*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of May, 2009, I caused a copy of the foregoing Plaintiffs' Supplement to Joint Pretrial Order to be filed with the Court, via the Court's ECF system, which will send copies to the following counsel of record:

>John C. Hayes, Esq.
>Colin W. O'Sullivan, Esq.
>Nixon Peabody LLP
>401 Ninth Street, N.W., Suite 900
>Washington, D.C. 20004-2128
>
>Peter R. Kolker, Esq.
>Zuckerman Spaeder LLP
>1800 M Street, NW, Suite 1000
>Washington, D.C. 20036-5802



/s/
Jonathan G. Rose