**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**(Southern Division)**

| | | |
|---|---|---|
| **PLASTERERS' LOCAL UNION NO. 96 PENSION PLAN, *et al.*,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**HAROLD PERRY, *et al.*,**<br><br>**Defendants.** | ) | C.A. No. PJM 06 CV 338 |

**PLAINTIFFS' SECOND SUPPLEMENT TO JOINT PRETRIAL ORDER**

Plaintiffs, the Plasterers' Local Union No. 96 Pension Plan (the "Plan"), Cherie Pleasant and James Miller as trustees, on behalf of the Plan (collectively, the "Plaintiffs"), by and through undersigned counsel, respectfully submit Plaintiffs' Second Supplement to the Joint Pretrial Order for the purpose of adding additional exhibits which Plaintiffs may offer in evidence and for the purpose of designating an additional witness who Plaintiffs may call to testify at trial

**A. Additional Exhibits**

89. Relevant ERISA Regulations

90. Curriculum Vitae of Michael Cairns

91. Voluntary Compliance Program Filing for Plasterers' Local Union No. 96 Pension Plan

92. NYSE Performance Chart

93. Operative Plasterers Local 96 Pension Fund Statement of Gain or Loss - 2003

94. Operative Plasterers Local 96 Pension Fund Statement of Gain or Loss - 2004

95. Operative Plasterers Local 96 Pension Fund Statement of Gain or Loss - 2005

96. Operative Plasterers Local 96 Pension Fund Statement of Gain or Loss - 2006

97. Plasterers Pension Fund Ledger Audit Trail 12/31/03

98. Detailed General Ledger 12/31/04

99. 2007 IRS Determination Letter

100. Charts showing annual changes to value of Plan assets as actually invested by Defendants

101. Charts showing annual changes to value of Plan assets using 50/50 investment mix

102. Charts showing monthly changes to value of Plan assets using 50/50 investment mix

103. Charts showing annual changes to value of Plan assets using alternative investment mix

104. Charts showing monthly changes to value of Plan assets using alternative investment mix

105. S&P 500 – Compounded Return Performance Chart

106. Barclays Aggregate Bond Index – Compounded Return Performance Chart

107. Expert Report of Michael Cairns

108. Rebuttal Report of Michael Cairns

109. Expert Report of Fred Taylor

**B. Additional Witness**

Plaintiffs hereby advise the Court and Defendants that Plaintiffs intend to call R. Reneé Parenti of Carday Associates as part of their case-in-chief. Ms. Parenti's address is: R. Reneé Parenti, c/o Carday Associates, 7130 Columbia Gateway Drive, Suite A, Columbia, MD 21046.

Her telephone number is 410-872-9500. Ms. Parenti's testimony on direct examination is estimated to take approximately 30-40 minutes.

Respectfully submitted,

Dated: June 23, 2009

_________________/s/______________________

Jonathan G. Rose (Bar No. 15138)
Richard S. Siegel (Bar No. 17318)
Sheppard Mullin Richter & Hampton LLP
1300 I Street, NW, 11th Floor East
Washington, DC 20005
Telephone: (202) 218-0000
Facsimile: (202) 218-0020
jrose@sheppardmullin.com
rsiegel@sheppardmullin.com
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of June, 2009, I caused a copy of the foregoing Plaintiffs' Second Supplement to Joint Pretrial Order to be filed with the Court, via the Court's ECF system, which will send copies to the following counsel of record:

John C. Hayes, Esq.
Colin W. O'Sullivan, Esq.
Nixon Peabody LLP
401 Ninth Street, N.W., Suite 900
Washington, D.C. 20004-2128

Peter R. Kolker, Esq.
Zuckerman Spaeder LLP
1800 M Street, NW, Suite 1000
Washington, D.C. 20036-5802


/s/
Jonathan G. Rose