**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
(Southern Division)

| | | |
|---|---|---|
| PLASTERERS' LOCAL UNION NO. 96 | ) | |
| PENSION PLAN, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. PJM 06 CV 338 |
| | ) | |
| HAROLD PERRY, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

## DEFENDANTS' TRIAL EXHIBITS

Pursuant to this Court's Trial Procedures in Non-Jury Cases, defendants Harry C. Perry, Jr., James Lertora, and Edgar Pepper (collectively, the "defendants"), by and through undersigned counsel, submit the following exhibit list along with copies of all (pre-marked) exhibits, except impeachment exhibits, which Defendants intend to introduce at trial.

| Exhibit Number | Document Date | Bates Range | Description |
|---|---|---|---|
| 1 | 12/31/1999 | PerrySecond 08021 - 08030 | 12/31/1999 - Operative Plasterers Local Union No. 96 Pension Fund Audit Report |
| 2 | 10/18/2001 | PerrySecond 00913 | 10/18/2001 - Correspondence to Plasterers Local from L. Wagner |
| 3 | 10/19/2001 | PerrySecond 00912 | 10/19/2001 - Correspondence to Plasterers Local from L. Wagner |
| 4 | 11/02/2001 | PerrySecond 00886 | 11/02/2001 - Correspondence to Trustees of Plasterers from E. Schultz (Morgan Stanley) with Custom Portfolio Proposal |
| 5 | 11/05/2001 | PerrySecond 00887- 00898 | 11/05/2001 - Custom Portfolio Proposal from TFI |

| Exhibit Number | Document Date | Bates Range | Description |
|---|---|---|---|
| 6 | 1/4/2002 | PerrySecond 00872 | 01/04/2002 - Suggested Meeting Agenda |
| 7 | 01/08/2002 | PerrySecond 00870 | 01/08/2002 - Minutes of Meeting of Board of Trustees |
| 8 | 04/23/2002 | Scholar 02268 - 02289 | 04/23/2002 – Plan Trustees meeting – rejecting Morgan Stanley suggestion (Hickman Dep. Exhibit 9) |
| 9 | 09/10/2002 | PerrySecond 00848 | 09/10/2002 - Fax re: 06/26/01 Meeting to S. Scholar from L. Wagner |
| 10 | 12/31/2002 | PerrySecond 07917 - 07926 | 12/31/2002 and 2003 - Pension Fund Audit Report -2003 & 2002 |
| 11 | 1/1/2004 | PerrySecond 00787 | 2004 - Mr. Perry's Notes re: meeting |
| 12 | 07/27/2004 | PerrySecond 00765 | 07/27/2004 - Correspondence from K. Hickman to Board of Trustees re: appointment of J. Miller |
| 13 | 07/27/2004 | PerrySecond 00764 | 07/27/2004 - Correspondence from K. Hickman to Board of Trustees re: J. Miller acceptance to serve |
| 14 | 11/3/2004 | PerrySecond 07916 | 11/3/2004 - Correspondence to Trustees from L. Wagner re: Auditors Report |
| 15 | 08/02/2005 | SDS 0033 - 0035 | 08/02/2005 - Notes of Meeting of Plasterers' Union |
| 16 | 08/25/2005 | SDS 0029 - 0030 | 08/25/2005 - Minutes of Meeting of the Board of Trustees |
| 17 | 12/10/2007 | N/A | Amended Complaint – *Plasterers v. Scholar* |
| 18 | N/A | Scholar 02291 - 02302 | Custom Portfolio Proposal |
| 19 | 1/10/1990 | Scholar 00174 - 00175 | 1/10/1990 – Letter from S. Scholar to H. Perry |
| 20 | 9/19/1990 | PerrySecond 00942 | 9/19/2000 - Letter from K. Hickman to the Board of Trustees re: Stephen Stovall |

| Exhibit Number | Document Date | Bates Range | Description |
|---|---|---|---|
| 21 | 8/11/2001 | PerrySecond 00915 - 00917 | 8/11/2001 - Letter from L. Wagner to S. Stovall |
| 22 | 5/27/2009 | N/A | 5/27/2009 - Letter from the Department of Labor re: FOIA request |
| 23 | 12/31/2001 | N/A | Plan Year 2001--Form 5500 (obtained by FOIA request dated May 11, 2009) |
| 24 | 12/31/2002 | N/A | Plan Year 2002--Form 5500 (obtained by FOIA request dated May 11, 2009) |
| 25 | 12/31/2003 | N/A | Plan Year 2003--Form 5500 (obtained by FOIA request dated May 11, 2009) |
| 26 | 12/31/2004 | N/A | Plan Year 2004--Form 5500 (obtained by FOIA request dated May 11, 2009) |
| 27 | 12/31/2005 | N/A | Plan Year 2005--Form 5500 (obtained by FOIA request dated May 11, 2009) |
| 28 | 12/31/2006 | N/A | Plan Year 2006--Form 5500 (obtained by FOIA request dated May 11, 2009) |
| 29 | 12/31/2007 | N/A | Plan Year 2007--Form 5500 (obtained by FOIA request dated May 11, 2009) |
| 30 | N/A | N/A | Relevant portions of the U.S. Code pertaining to ERISA |
| 31 | N/A | N/A | Demonstrative Charts re: Plan investments |
| 32 | 8/24/2004 | Scholar 00655 | J. Lertora resignation letter |
| 33 | 1/1/1991 | PerrySecond 01060 | E. Pepper appointment letter effective Jan. 1, 1991 |
| 34 | 10/5/1990 | N/A | S&P 500 and Lehman Brothers Index Data (impeachment materials) |
| 35 | N/A | N/A | Cairns Dep. Exh. 4 |
| 36 | N/A | N/A | Formula Version of Cairns Dep. Exh. 4 |
| 37 | 2/20/1991 | 0203-0204 | 2/20/1991 -- Correspondence to Harry Perry from Sam Scholar re: forfeiture |

| Exhibit Number | Document Date | Bates Range | Description |
|---|---|---|---|
| 38 | 1/25/1994 | PerrySecond 01055 | 1/25/1994 -- Minutes of Meeting of Board of Trustees |
| 39 | 7/23/1991 | 0189-190 | 7/23/1991 -- Minutes of Meeting of Board of Trustees |
| 40 | 11/9/1995 | PerrySecond 01034-01035 | 11/9/1995 -- Minutes of Meeting of Board of Trustees |

Dated: June 25, 2009                     Respectfully submitted,


                              _____/s/_____
                              John C. Hayes, Jr. (MD Bar No. 01936)
                              NIXON PEABODY LLP
                              401 Ninth Street, N.W., Suite 900
                              Washington D.C.  20004
                               (202) 585-8000 (phone)
                               (202) 585-8080 (facsimile)
                              jhayes@nixonpeabody.com

                              *Attorney for Defendant Trustees*

                              _____/s/_____
                              Peter R. Kolker, Esq. (MD Bar No. 00906)
                              (signed by John Hayes with permission of
                              Peter Kolker)
                              ZUCKERMAN SPAEDER LLP
                              1800 M Street, N.W. Suite 1000
                              Washington D.C. 20036-5802
                              (202) 778-1812 (phone)
                              (202) 822-8106 (facsimile)
                              pkolker@zuckerman.com

                              *Attorney for Defendant Harry C. Perry, Jr.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of June, 2009, I caused a true and correct copy of the foregoing Defendants' Exhibit List and copies of all (pre-marked) exhibits, except impeachment exhibits, which Defendants intend to introduce, to be filed with the Court, via the Court's ECF system, which will send copies to the following counsel of record:

Jonathan G. Rose, Esq. (MD Bar No. 15138)
SHEPPARD MULLIN RICHTER & HAMPTON LLP
1300 I Street, NW, 11th Floor East
Washington, DC 20005
(202) 772-5390 (phone)
(202) 312-9410 (facsimile)
jrose@sheppardmullin.com

*Attorneys for Plaintiffs*

Peter R. Kolker, Esq. (MD Bar No. 00906)
ZUCKERMAN SPAEDER LLP
1800 M Street, N.W. Suite 1000
Washington D.C. 20036-5802
(202) 778-1812 (phone)
(202) 822-8106 (facsimile)
pkolker@zuckerman.com

*Attorney for Defendant Harry C. Perry, Jr.*

_____/s/_____

John C. Hayes, Jr.