**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
(Southern Division)**

|  |  |  |
|---|---|---|
| **PLASTERERS' LOCAL UNION NO. 96 PENSION PLAN,** *et al.*, | ) ) ) ) | |
| **Plaintiffs,** | ) ) | C.A. No. PJM 06 CV 338 |
| **v.** | ) ) | |
| **HAROLD PERRY,** *et al.*, | ) ) ) | |
| **Defendants.** | ) ) | |

**PLAINTIFFS' TRIAL EXHIBIT LIST**

The Plasterers' Local Union No. 96 Pension Plan (the "Plan"), Cherie Pleasant and James Miller, as trustees, on behalf of the Plan (collectively, the "Plaintiffs"), by and through undersigned counsel, hereby respectfully submit their list of exhibits, except impeachment exhibits, which Plaintiffs intend to introduce at trial.  A copy of all exhibits included on this list, pre-marked, is being delivered to Chambers today.

| Exhibit | DESCRIPTION |
|---|---|
| 1 | Letter to S. Scholar from H. Perry 10/16/89 |
| 2 | Letter to the IRS from S. Scholar 11/16/89 |
| 3 | Letter to S. Scholar from H. Perry 1/02/90 |
| 4 | Letter to H. Perry from S. Scholar 1/10/90 |
| 5 | Letter to S. Scholar from H. Perry 10/03/90 and 10/18/90 |
| 6 | Notice to Trustees re Forfeiture of plan participants' contributions to employer contractors from H. Perry 3/06/91 |
| 7 | Letter to S. Scholar from C. Coakley 4/08/91 |

| 8  | Notice to Trustees on 5/20/91 re 5/17/91 letter from C. Coakley |
|----|---|
| 9  | Board of Trustees Meeting Agenda 7/23/91 |
| 10 | Letter to S. Scholar from L. Wagner 11/25/91 |
| 11 | Plasterers' Pension Fund – List of Questions |
| 12 | Letter to L. Wagner from S. Scholar re response to 11/25/91 Letter |
| 13 | Note to Contractors who Employ Plasterers' Members from L. Wagner 3/01/93 |
| 14 | Board of Trustees Meeting Agenda 1/25/94 |
| 15 | Board of Trustees Meeting Minutes 1/25/94 |
| 16 | Bank of America Snapshot Portfolio Value, Statement Date 9/01/05 – 9/30/05 |
| 17 | Board of Trustees Meeting Agenda 5/07/91 |
| 18 | Board of Trustees Meeting Minutes 7/23/91 |
| 19 | Board of Trustees Meeting Agenda 9/12/95 |
| 20 | Memo to Trustees from L. Wagner 9/15/95 |
| 21 | Board of Trustees Meeting Minutes 11/09/95 |
| 22 | Letter to Trustees from L. Wagner 12/03/97 |
| 23 | Board of Trustees Meeting Minutes 1/27/98 |
| 24 | Letter to S. Scholar 5/26/99 re: proposed meeting dates |
| 25 | Board of Trustees Meeting Minutes 6/22/99 |
| 26 | Board of Trustees Meeting Minutes 9/19/00 |
| 27 | Board of Trustees Meeting Minutes 1/08/02 |
| 28 | Letter to Trustees from L. Wagner 10/09/03 |
| 29 | Notice to Trustees from L. Wagner 2/04/03 re: February 13, 2003 meeting |
| 30 | Fax to S. Scholar from L. Wagner 8/23/04 |
| 31 | Fax to S. Scholar from L. Wagner 10/06/04 |

| 32 | Plasterers' Pension Plan Declaration of Trust |
|---|---|
| 33 | Plasterers' Pension Plan Document and Amendments |
| 34 | Summary Plan Description of Pension Fund as of 12/31/02 |
| 35 | Form 5500 (1994) |
| 36 | Letter from L. Wagner 1/30/95 re contributions paid by Blake Construction |
| 37 | Photocopies of multiple Form 1099-Misc. (1994) |
| 38 | Form 5558 Application for Extension of Time Dated 8/27/93 |
| 39 | Form 5500 (1993) |
| 40 | Form 5500 C/R (1995) |
| 41 | Letter to H. Perry from Bailey & Bailey CPA 1/06/95 |
| 42 | Letter to Trustees from H. Perry 1/15/90 |
| 43 | Letter to H. Perry from C. Coakley 12/21/93 |
| 44 | Letter to S. Scholar from L. Wagner 3/25/97 |
| 45 | Affidavit of L. Wagner |
| 46 | Memo Letter from H. Perry to J. Harrison 10/03/05 |
| 47 | Letter to Trustees from H. Perry 8/24/05 |
| 48 | Letter to H. Perry from J. Rose dated 7/11/05 re: Potential Merger of Pension & Health Funds |
| 49 | Letter to J. Rose from H. Perry 7/20/05 re: response to 7/11/05 letter |
| 50 | Letter to Members of Plan from L. Wagner 6/10/05 |
| 51 | Letter to H. Perry from S. Scholar 2/20/91 |
| 52 | Notice to Trustees dated 7/02/91 re: Letter from C. Coakley dated 6/17/91 detailing deduction of balance |
| 53 | Board of Trustees Meeting Minutes 1/15/75 |
| 54 | Letter to Trustees from Bailey & Bailey CPA 6/05/91 |

| 55 | Board of Trustees Meeting Minutes 11/12/85 |
|----|---------------------------------------------|
| 56 | Relevant portions of the U.S. Code pertaining to ERISA |
| 57 | Relevant ERISA regulations |
| 58 | Curriculum vitae of Michael Cairns |
| 59 | Harry Markowitz, <u>Portfolio Selection</u>, The Journal of Finance, Vol. 7, No. 1, pp. 77-91 (Mar. 1952) |
| 60 | [Removed] |
| 61 | Letter to trustees from C.J. Coakley Co., Inc. 5/17/91 |
| 62 | Letter to trustees from C.J. Coakley Co., Inc. 6/17/91 |
| 63 | Letter to L. Wagner from S. Scholar 1/09/92 |
| 64 | Board of Trustees Meeting Minutes 4/23/02 |
| 65 | Board of Trustees Meeting Minutes 7/23/02 |
| 66 | Independent Auditors' Report for 12/31/93 |
| 67 | Independent Auditors' Report for 12/31/94 |
| 68 | Independent Auditors' Report for 12/31/95 |
| 69 | Independent Auditors' Report for 12/31/96 |
| 70 | Independent Auditors' Report for 12/31/97 |
| 71 | Independent Auditors' Report for 12/31/98 |
| 72 | Audit Report for 12/31/99 |
| 73 | Audit Report for 12/31/00 |
| 74 | Audit Report for 12/31/01 |
| 75 | Audit Report for 12/31/02 |
| 76 | Audit Report for 12/31/03 |
| 77 | Audit Report for 12/31/04 |
| 78 | Independent Auditors' Report and Financial Statements for 12/31/05 |

| 79 | Harry C. Perry, Jr.'s Responses to Plasterers' Local Union No. 96's First Set of Interrogatories |
| 80 | Donald A. Molnar's Answers and Objections to Plaintiffs' First Set of Interrogatories |
| 81 | Defendant James S. Lertora's Answers and Objections to Plaintiffs' First Set of Interrogatories |
| 82 | Defendant Edgar Pepper's Answers and Objections to Plaintiffs' First Set of Interrogatories |
| 83 | Voluntary Compliance Program Filing for Plasterers' Local Union No. 96 Pension Plan |
| 84 | NYSE Performance Chart |
| 85 | Operative Plasterers Local 96 Pension Fund Statement of Gain or Loss – 2003 |
| 86 | Operative Plasterers Local 96 Pension Fund Statement of Gain or Loss – 2004 |
| 87 | Operative Plasterers Local 96 Pension Fund Statement of Gain or Loss – 2005 |
| 88 | Operative Plasterers Local 96 Pension Fund Statement of Gain or Loss – 2006 |
| 89 | Plasterers Pension Fund Ledger Audit Trail 12/31/03 |
| 90 | Detailed General Ledger 12/31/04 |
| 91 | 2007 IRS Determination Letter |
| 92 | Charts showing annual changes to value of Plan assets as actually invested by Defendants |
| 93 | Charts showing annual changes to value of Plan assets using 50/50 investment mix |
| 94 | Charts showing monthly changes to value of Plan assets using 50/50 investment mix |
| 95 | Charts showing annual changes to value of Plan assets using alternative investment mix |
| 96 | Charts showing monthly changes to value of Plan assets using alternative investment mix |
| 97 | S&P 500 Performance Chart |
| 98 | Barclays Aggregate Bond Index Performance Chart |
| 99 | Expert Report of Michael Cairns |

| 100 | Rebuttal Report of Michael Cairns |
| 101 | Expert Report of Fred Taylor |

Respectfully submitted,


Dated: June 25, 2009                                         /s/
                                        Jonathan G. Rose (Bar No. 15138)
                                        Richard S. Siegel (Bar No. 17318)
                                        Emily N. Seymour (Bar No. 17436)
                                        Sheppard Mullin Richter & Hampton LLP
                                        1300 I Street, NW, 11th Floor East
                                        Washington, DC 20005
                                        Telephone: (202) 218-0000
                                        Facsimile: (202) 218-0020
                                        jrose@sheppardmullin.com
                                        rsiegel@sheppardmullin.com
                                        eseymour@sheppardmullin.com
                                        *Attorneys for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 25th day of June, 2009, I caused a copy of the foregoing

Plaintiffs' Trial Exhibit List to be filed with the Court, via the Court's ECF system, which will

send copies to the following counsel of record:

> Peter R. Kolker, Esq.
> Zuckerman Spaeder LLP
> 1800 M Street, NW, Suite 1000
> Washington, D.C. 20036-5802
>
> John C. Hayes, Esq.
> Nixon Peabody LLP
> 401 Ninth Street, N.W., Suite 900
> Washington, D.C. 20004-2128

_____/s/_____
Jonathan G. Rose
