IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

PLASTERS' LOCAL UNION                    *
NO. 96 PENSION PLAN, et al
    Plaintiffs     *
              Case No.: PJM-06-338
   vs.        *

HAROLD PERRY, et al    *
    Defendants
          ******

## Stipulation Regarding Return of Exhibits

The parties hereby **STIPULATE** that the below listed physical exhibits be returned to the custody of and retained by counsel who offered them, pending appeal.

| **PLAINTIFF'S/GOVERNMENT'S EXHIBITS** | **DEFENDANT'S EXHIBITS** |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| All Plaintiff's/Government's exhibits returned: [signed] | All Defendant's exhibits returned: [signed] |

Received the above listed exhibits this date:

Counsel for Plaintiff(s)/Government:
_Jonathan Rose, Richard Siegel &_
_Emily Seymour_

Counsel for Defendant(s):
_Peter Kolker, Steven Herman,_
_John Hayes & Colin O'Sullivan_

Date: _____

U.S. District Court (Rev. 5/2000) - Stipulation Regarding Return of Exhibits