IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

PLASTERERS' LOCAL UNION
NO. 96 PENSION PLAN, *et al.*

    Plaintiffs,

v.                                Civil No. PJM 06-338

HAROLD PERRY, *et al.*

    Defendants.

## ORDER

Upon consideration of Plaintiffs' Motion for Attorneys' Fees and Expenses [Paper No. 160], and Defendants' Opposition thereto, it is, for the reasons set forth in the accompanying Opinion, this 22nd day of February, 2010,

**ORDERED**

1. Plaintiffs' Motion for Attorneys' Fees and Expenses [Paper No. 160] is **GRANTED** insofar as Plaintiffs are awarded $337,935.01 in attorneys' fees and $20,014.47 in expenses.

2. In all other respects, the Motion is **DENIED**.

/s/
PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE