IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**PLASTERERS' LOCAL UNION**
**NO. 96 PENSION PLAN,** *et al.*

Plaintiffs,

v.

**HAROLD PERRY,** *et al.*

Defendants.

Civil No. PJM 06-338

## FINAL ORDER OF JUDGMENT

This case having come before the Court for a nonjury trial, the Court having considered the evidence and arguments of counsel, it is, for the reasons stated on the record and in the Court's Opinion of even date, this 22nd day of February, 2010,

**ORDERED**

1. Final judgment is **ENTERED** in favor of Plaintiffs Plasterers' Local Union No. 96 Pension Plan, Cherie Pleasant, and James Miller and against Defendants Edgar Pepper and James Lertora, jointly and severally, in the amount of $790,936.18, consisting of $432,986.70 in Plaintiffs' underlying claim, $337,935.01 in attorneys' fees, and $20,014.47 in expenses; and

2. The Clerk of the Court is directed to **CLOSE** this case.

/s/
_____
PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE