# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| PLASTERERS' LOCAL UNION NO. 96 PENSION PLAN, *et al.* )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>HAROLD PERRY, *et al.* )<br>)<br>Defendants. ) | Civil Action No. PJM 06 CV 338 |

## NOTICE OF APPEAL

Notice is hereby given that James S. Lertora and Edgar Pepper, defendants in the above named case, hereby appeal to the United States Court of Appeals for the Fourth Circuit from the Final Order of Judgment (Docket No. 171) entered in this action on the 24th day of February, 2010 in its entirety.

Dated: March 25, 2010                         Respectfully submitted,

                                              _____/s/_____
                                              John C. Hayes, Jr. (MD Bar No. 01936)
                                              NIXON PEABODY LLP
                                              401 Ninth Street, N.W., Suite 900
                                              Washington D.C.  20004
                                              (202) 585-8345 (phone)
                                              (202) 585-8080 (facsimile)
                                              jhayes@nixonpeabody.com

                                              *Attorney for Defendants Lertora and Pepper*

12934525.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of March, 2010, I caused a true and correct copy of the foregoing Notice of Appeal to be filed with the Court, via the Court's ECF system, which will send copies to the following counsel of record:

>Jonathan G. Rose, Esq  (MD Bar No. 15138)
>SHEPPARD MULLIN RICHTER & HAMPTON LLP
>1300 I Street, NW, 11th Floor East
>Washington, DC 20005
>(202) 772-5390 (phone)
>(202) 312-9410 (facsimile)
>jrose@sheppardmullin.com
>
>*Attorneys for Plaintiffs*
>
>
>Peter R. Kolker, Esq. (MD Bar No. 00906)
>ZUCKERMAN SPAEDER LLP
>1800 M Street, N.W. Suite 1000
>Washington D.C. 20036-5802
>(202) 778-1812 (phone)
>(202) 822-8106 (facsimile)
>pkolker@zuckerman.com
>
>*Attorney for Defendant Harry C. Perry, Jr.*

>_____/s/_____
>John C. Hayes, Jr.

12934525.1