___FILED ___ENTERED
___LODGED ___RECEIVED

JUL 2 0 2010

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| PLASTERER'S LOCAL UNION<br>NO. 96 PENSION PLAN, et al.<br><br>    Plaintiffs<br><br>v.<br><br>HAROLD PERRY, et al.<br><br>    Defendants | Civil No. **PJM 06-338** |

### ORDER

Upon consideration of Defendants' Rule 59(e) Motion to Amend or Alter Judgment as to the Proper Calculation of Damages [Paper No. 172], Plaintiffs' Motion to Enforce Judgment or, in the Alternative, to Require Defendant Trustees to Post a Supersedeas Bond [Paper No. 176], the respective oppositions thereto, and Defendants' Motion for Stay and Approval of Supersedeas Bond [Paper No. 178], it is, this 19th day of July, 2010

**ORDERED**

1. Defendants' Rule 59(e) Motion to Amend or Alter Judgment as to the Proper Calculation of Damages [Paper No. 172] is **DENIED**;

2. Plaintiffs' Motion to Enforce Judgment or, in the Alternative, to Require Defendant Trustees to Post a Supersedeas Bond [Paper No. 176] is **GRANTED IN PART** and **DENIED IN PART**. The Motion to Enforce Judgment is **DENIED WITHOUT PREJUDICE**. The Motion to Require Defendants Trustees to Post is a Supersedeas Bond in the amount of $949,623.42 is **GRANTED**;

3. Defendants' Motion for Stay and Approval of Supersedeas Bond in the amount of $949,623.42 [Paper No. 178] is **GRANTED**; and

4. The execution of the Final Order of Judgment in this matter will be **STAYED** during the pendency of the appeal to the Fourth Circuit.

/s/
_____
PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE